# FTC MOTION FOR TEMPORARY RESTRAINING ORDER

# EXHIBIT 7

**Declaration of Edene Shirley Lakpa**

**DECLARATION OF EDENE SHIRLEY LAKPA**
**PURSUANT TO 28 U.S.C. § 1746**

I, Edene Shirley Lakpa, have personal knowledge of the facts below and am competent to testify about them:

1. I am over 18 years old.

2. I am a resident of Rockville, Maryland.

3. I am currently employed as a legal assistant at a law firm.

4. In or around November 2018, I was scrolling through Instagram when I came across an Instagram story from a friend I'd gone to college with. My friend, who was pretty well known at my college and had a lot of Instagram followers, was advertising a credit repair opportunity. About a month later, in or around December 2018, I came across another Instagram story from another person I'd gone to college with. She was advertising the same credit repair opportunity that my friend had been advertising a month prior. I knew it was the same opportunity because both stories featured a screenshot of an email from a credit repair service named "Smart Credit." This email stated that the recipient's "credit score increased by [X amount of] points." I believe the second person's post cited "100 points." Both posts also mentioned a man named "Kevin." Soon after that, I saw my friend reposting a screenshot of the second person's Instagram story on their own story, which confirmed for me that the two had been posting about the same opportunity.

5. These Instagram stories caught my attention, as I had actually been interested in getting my credit repaired. I had graduated from college earlier in 2018, and made some financial decisions my freshman year that harmed my credit.

6. In or around January 2019, I reached back out to the friend whose story I'd seen in November 2018 and told him I was interested in the credit repair opportunity. His advertisement post had said to "DM" him, so I sent him an Instagram direct message ("DM") requesting more information. My friend

subsequently connected me with the aforementioned man, Kevin Jerome. My friend provided me with Jerome's phone number, and I introduced myself to him via text message. We then set up a calendar appointment so that Jerome could provide me with more information about the credit repair opportunity over the phone. A true and accurate copy of the initial text conversation I had with Jerome is attached as **Attachment A**.

7. During our first call, Jerome explained that he was an agent for Financial Education Services ("FES"), and that this credit repair opportunity would remove all negative marks and late payments from my credit report. He told me success stories about clients of his that got entire bankruptcies removed from their reports using FES's services. He explained that FES would accomplish all this through a dispute process that "the credit bureaus don't want you to know about." He explained that FES had lawyers on hand that would help consumers throughout the credit repair process. However, he did not specify or explain how the lawyers would actually go about repairing credit, despite me asking for further clarification. He simply gave me a rambling answer about how they were going to write letters that were in compliance with the law. I later understood that the letters to which Jerome referred to were dispute letters that FES would draft on my behalf disputing items on my credit report. I would then sign these letters and send them out directly to the credit bureaus.

8. Jerome mentioned that the opportunity would cost about $89 a month. There was also an additional initial registration fee for the credit repair service that was somewhere around double the monthly $89 fee. However, Jerome claimed he would waive the additional fee for me "since I was a Howard alum," and would only have me pay $89 to get started.

9. I was admittedly a little skeptical about this service and Jerome's claim that all negative marks would be removed from my credit report. However, since I'd previously seen those two people I went to college with advertising this

opportunity in a positive light, one of whom was a friend I trusted and respected, I decided to trust Jerome and register for FES's credit repair service. I reached out to Jerome via text message on or around January 16, 2019, in order to inquire about next steps in the registration process.

10. We completed the whole registration process over the phone and through text. Jerome completed my registration paperwork for me, and I recall having to send him a copy of my driver's license, my social security card, and a utility bill. I never actually got to see any of the registration paperwork Jerome was filling out for me.

11. During this registration process, I asked Jerome if FES could send me a starting letter or some similar type of written document to confirm my registration with the credit repair service and provide the details of the service. Jerome explained that FES "doesn't do contracts," which I thought was strange. Unfortunately, I never received a contract or starting letter from FES. Furthermore, I never received a written statement called the Consumer Credit File Rights Under State and Federal Law, and I also never received a contract cancellation form. I did not sign any form during the registration process. A true and accurate copy of text messages in which I inquired about both a starting letter and next steps in the registration process is attached as **Attachment B**.

12. After Jerome completed my registration, Jerome sent me the username and password I would use to log in to my online credit repair account, which was under a website portal named United Credit Education Services ("UCES"). The name of the credit repair service I'd purchased was FES Protection Plan, though I realized I'd also been registered for a credit monitoring and identity protection plan called Smart Credit, which is a name I recognized from the stories I'd seen on Instagram. The UCES portal was where I'd be accessing my dispute letters, whereas the Smart Credit portal would be a place I could upload my financial documents, including bills and loans I owed. I would also be able to create a will on the Smart Credit

portal. After completing my FES registration, Jerome sent me a welcome text, as is noted in Attachment B. The closest thing I received to a starting letter was an email from FES thanking me for my enrollment with the FES Protection Plan, but it lacked any details about the substance of the service. A true and accurate copy of this email from FES is attached as **Attachment C**.

13. Although Jerome did not explain it clearly on our first call, I came to understand that the way FES would supposedly fix my credit was through a dispute letter process. Jerome claimed that FES had lawyers on hand who would write letters disputing various items on your credit report, including items that were actually supposed to be there. The letters featured UCES's watermark, as well as a P.O. Box address, email address, and phone number that were all supposedly affiliated with the brand. New letters were only available once every 30 days, and because they were made available to me in PDF form, I was unable to edit them (outside of providing my signature). Jerome claimed that the reason the dispute letter process worked is because eventually, the credit bureaus would stop responding to disputes on time, thus forcing them to remove the disputed accounts from one's credit report. He explained this information to me in better detail on a phone call we shared after I completed my registration.

14. Jerome explained that during my first few months with FES, these letters would be emailed to me, at which point I had to print them, purchase the envelopes and stamps, and mail them out to the credit bureaus myself. A true and accurate copy of an email I received from FES along with my dispute letters is attached as **Attachment D**. A true and accurate copy of the dispute letters themselves is attached as **Attachment E**. Moreover, I was instructed to track the letters after mailing them out and report to FES on when they'd been delivered. I also had to report to FES every time the credit bureaus responded back to me and send them the responses I'd received. A true and accurate copy of texts in which Jerome instructed me to submit response letters to FES is attached as **Attachment F**.

-4-

15. Upon reading through these letters, I noticed the letters were disputing items that *were* supposed to be on my credit report since they were my accounts. Jerome suggested he could adjust the language for accuracy. The next day, Jerome called me to discuss how exactly I wanted to change the language. However, a little under three weeks later, Jerome texted me and informed me that the "credit litigation team" had informed him that the dispute letters' language could *not* be adjusted. I would need to send the letters in the exact manner they were written. A true and accurate copy of a text conversation I shared with Jerome in which the aforementioned issue was discussed is attached as **Attachment G**.

16. This whole process made me very skeptical about FES. I began to wonder why I was charged $89 a month for a service in which I had to complete a significant amount of work myself, and why the lawyers did not send these letters to the credit bureaus themselves. I eventually learned that the templates for the letters were actually already uploaded to my portal, so there had been no need for me to wait around for them to be emailed over.

17. Another thing I did not understand about FES was that they required me to pay the monthly $89 fees even during months where FES did no work for me. The credit bureaus would take about 4-6 weeks to respond to dispute letters, which meant there would be entire months when FES's lawyers did nothing for me. I did not feel comfortable paying the service fees during these long waiting periods.

18. Some time in late 2016 or in 2017, I'd discovered some fraudulent phone plan accounts listed on my credit report that appeared to claim that I was overdue thousands of dollars on phone lines that I personally did not own.

19. I told Jerome that I wanted ask FES's lawyers to help me get these accounts removed from my report. Jerome had me submit some communication form on the UCES portal, which is the same portal where I accessed my dispute letters. The form had me fill out my name and then explain what I wanted to ask the lawyers about. A customer service representative for the lawyers subsequently responded to

-5-

my inquiry via email. She explained that the lawyers claimed they could not use dispute letters to remove these phone accouts from my credit report. Instead, the lawyers recommended I file a police report and dispute these accounts directly with the phone companies the accounts were associated with. This made no sense to me. These fraudulent accounts were bringing down my credit score – wasn't the entire point of the dispute letters to dispute negative charges, marks, and accounts on our credit reports? Why were the lawyers using dispute letters to dispute items that *were* supposed to appear on my credit report, yet unable to dispute items that were *not* supposed to be there?

20. Throughout my time with FES, Jerome regularly tried to recruit me to become an FES agent as well. He would ask me at least once a month. He claimed that if you recruited a couple of new FES consumers on a monthly basis, you would qualify to receive your own credit repair services for free. He also said that agents who recruited a significant number of people to the company would become eligible for jobs at FES's corporate office. However, I was not interested. If I was having bad personal experiences with this credit repair service, why would I want to advertise and sell for them? Jerome also asked me if any of my friends or family would be interested in the credit repair services, but I did not feel comfortable recommending them. See February 18, 2019 text conversation in Attachment G.

21. On or around April 2019, I reached out to Jerome to express my grievances about both him and FES as a whole. I felt that there was a major lack of transparency regarding the manner in which FES was "repairing" my credit. For example, I sent the responses from the credit bureaus to FES according to their instructions, but no one from FES ever followed up with me or explained what next steps FES would take. Whenever I asked Jerome to elaborate on the process, he would either ignore me or give me run-around answers. I was also frustrated by the long wait-times in between rounds of letters, and felt that nothing was truly being done to improve my overall credit.

-6-

22. Unfortunately, my displeasures with both Jerome's and FES's services only grew from there. At one point, Jerome countered my complaints by stating that FES *had* in fact removed one singular account from my credit report: my Discover account. Even though I accepted Jerome's claim at the time, I ended up finding out it was not true. The next time I checked my credit report, I learned that my Discover account was still present on the report. A true and accurate copy of the texts Jerome sent me confirming this account removal from my credit report is attached as **Attachment H**.

23. On or around May 30, 2019, I reached out to FES corporate via email and requested that they close my account for good. I was offered a free month of credit repair services in an attempt to convince me to continue giving FES a chance. I ended up agreeing to this free month. A true and accurate copy of an email I received from FES corporate confirming their free month offer is attached as **Attachment I**.

24. I decided to finally terminate the credit repair services when I did some online research and realized that FES was likely running an illegal credit repair operation. Additionally, no changes were made to my credit after this free month I was offered. Once I decided to leave FES for good, I attempted talking to Jerome about the matter first. However, Jerome and his assistant, Kayla, were not helpful or cooperative. I then reached out to FES corporate via email and requested that they close my account for good. On or around June 28, 2019, FES officially cancelled my credit repair service account.

25. I regularly monitored my credit report while registered for FES's credit repair services, and found that no changes were made to my credit, including the Discover account that Jerome had falsely claimed was removed. The credit bureaus frequently sent me letters stating that they'd reviewed the items my letters had disputed, and were able to confirm that the items in question did in fact belong on my credit report. When Jerome first told me about the attorneys before I'd

registered with FES, I was under the impression that these attorneys would talk to the credit bureaus directly and negotiate my credit report with them. However, this was clearly not the case. To be quite honest, I'm not even sure these attorneys exist, as I never got to speak with them directly. The closest I ever got to speaking with the FES "attorneys" was via their customer service representative when I had asked for their help removing the fraudulent phone accounts from my credit report.

26. After cancelling my FES registration, I filed a complaint with the Better Business Bureau ("BBB") in hopes they would help me obtain a full refund of everything I paid to FES since no changes had been made to my credit score. I was registered with FES for a total of six months from January to June 2019, but since I'd received one free month of service in June, I was only billed the monthly $89 fee for a total of five months. A true and accurate copy of excerpts of my bank statements showing payments to UCES from January until early June of 2019 is attached as **Attachment J**. The total amount I requested back was $455. FES replied to my BBB complaint claiming they could not refund me since they never guaranteed any results from their credit repair service. This was a lie. Jerome had explicitly promised me negative items were going to be removed, which would in turn improve my credit score. This obviously did not occur. Thankfully, FES eventually issued me a $455 refund check. A true and accurate copy of this refund check is attached as **Attachment K**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Rockville, Maryland on _Deptember 17th_ ,2021

Edene Shirley Lakpa

-8-

PX07 - 8

# ATTACHMENT A



To: Mr. Kevin Jerome

Text Message
Jan 6, 2019, 5:05 PM

Good Evening Mr. Jerome. My name is Edene Shirley Lakpa. Loick St. Louis referred me, I'm interested in repairing my credit but I don't know where to start

Hi Edene

Here is my calendar. Pick a time that works for us to speak next week regarding credit restoration
calendly.com/thinkobsidian
Kevin J. IG: @th

inkobsidian

Jan 7, 2019, 11:54 AM

Hi, I keep getting an email saying my appointment time is from 12:30am-1pm but that's not the time I signed up for. Should I just stick to the time that I confirmed on the website?

What time did you confirm for?

My calendar shows 7:30 pm eastern time for tomorrow

That's the time I confirmed, the email says 12:30am, but I will stick to 1/8/19 at 7:30pm

Hmm. That's odd. I'll look into it but yes 7:30 pm

Jan 8, 2019, 7:35 PM

Good evening Mr. Jerome. Are we still on for the call tonight?

Yes mam. I need 5-10. I am finishing a clients documents. Apologies. Looking forward to speaking to  you

No problem

Is there anything I need to have ready beforehand?

No mam, calling now

Hi Mr. Jerome, should we reschedule?

Nevermind, I am just now seeing your text

Jan 16, 2019, 9:17 AM

Hi Mr. Jerome, just wanted to check back in with you, what is the next step in the process? Also, could we

iMessage

PX07 - 10

# ATTACHMENT B



To: Mr. Kevin Jerome

Jan 16, 2019, 9:17 AM

Hi Mr. Jerome, just wanted to check back in with you, what is the next step in the process? Also, could we communicate via email once we begin? It's a little easier for me to keep track of important things over email rather than text

Good morning. The nezr step is for us to process your payment, from there I'll send you instructions to set uo your account and at that point in 2 busine

ss days, you'll have your disputes sent via email. You print them out, sign them and make a copy of driver's license and social security

Okay no problem. Would I be possible to email me (edeneshirle.lakpa@bison.howard.edu) all the info as far as payment (I think you said the payment was $89/month) and next steps. I know you guys don't do contracts but is there a formal starting letter or anything?

Yes there is. You'll receive an email the moment I input your info which I took down last week or so. This initial portion here just so we are copacetic

we should speak on the phone and then we can transition to email.

Okay, I'm at work right now but what time works best for you? Usually take a lunch break between 12-2pm and finish work around 5pm

Let's speak at 12 briefly for about 10. We will get things situated

Sounds good

Jan 16, 2019, 11:29 AM

Something with work came up, I won't be able to talk until around like 12:30 is that okay

Yup

Jan 16, 2019, 12:37 PM

Are you ready to speak?

Yes!

Also edene. If you pay gas and electricty at your location. Send me a picture of the bills. Great chance i can reduce that for you for no charge. My LLC

think obsidian falls underneath a firm called R&K wealth development. I handle rhe credit and real estate side and my colleague handles the utility side.

iMessage

To: **Mr. Kevin Jerome**                                                                                            ⓘ

think obsidian falls underneath a firm called R&K wealth development. I handle rhe credit and real estate side and my colleague handles the utility side.

> I do but I split it with my roommates. But my name is only on one bill

Send the one that has your name and I'll see how much if possible the bill can be reduced.

> Okay. I can send it later when I get off

Great

Edene congratulations on starting your Credit Restoration Services:

Steps to activate Services:
Log in to Protection Plan by using the email address as the username and password is last 4 of SSN.

Follow steps to verify identification and address,

👉 Next activate Credit Restoration by clicking on it. Choose "Pull Credit Report Now" and watch the 60 Second video that explains the document process. Once it says "you have successfully activated Credit Restoration" wait for your dispute letters to arrive via mail in 7 days (if you like, we can request them via email and then you can print them out)

👉 Next activate Credit Monitoring by selecting it on the Dashboard, select "Create an account" pick a password and answer security questions. Leave sponsor code blank. It will charge your card $1 to verify your identity. Say no to any other offers for $9.99. (Your Membership is already paid for thru FES) log in to Smartcredit and view your entire credit report, inquires, your Credit score, your Car Insurance Score, your Car Credit Score, your Employment scores. And activate SmartPhone alerts 📵 . It will now alert you to changes on your credit report and your credit score increases.

👉 Next activate Identity Theft Protection.

The other 10 services you should also activate. But at least activate these 3 for now. Text me or call me with any questions or customer service is open 9am-9pm to help you. CONGRATS 🍾🎉🎊

Jan 18, 2019, 11:10 AM

Hey edene, did you set up your account?

> No I've been slammed with work but I'll make sure to get to it this weekend

Roger that
Also the bill you referenced was in your name. Enjoy your Friday!

 | iMessage  



To: **Mr. Kevin Jerome**

Roger that
Also the bill you referenced was in your name. Enjoy your Friday!

Will do

Jan 19, 2019, 11:10 AM

can you send me the email again? I can't find it

Type on FES in your email.

I'm not seeing anything

What's your email address again for clarity?

edeneshirle.lakpa@bison.howard.edu

Jan 21, 2019, 8:29 PM

Will be ameliorated for you romorrow morning

Jan 22, 2019, 11:11 AM

Thank you!

Welcome, it's my pleasure. Also edene, I did not receive the utility bill we discussed.

Sorry, looking for the picture now. Do you know when they'll resend the email?

PDF
FILE_5121.pdf

Not Delivered

# ATTACHMENT C

From:   **Kayla Plummer**  kay ap@myfes.net
Subject:  FES
Date:   January 22, 2019 at 11:37 AM
To:



Dear FES Customer,

Thank you for your enrollment and welcome to the FES Protection Plan! In order to begin your credit restoration you need to login to www.fesprotectionplan.com to complete the following, 3-step activation process.

Please note: In order to begin your credit restoration process, your credit restoration must be activated by obtaining your credit report.

To do so:

1. Log in to your FES Protection Plan account at www.fesprotectionplan.com
2. Click on "Credit Restoration" and securely verify your personal information
3. Watch the short, 60 second video explaining the dispute process www.uces.co/dispute
4. Read how your credit report is pulled, and click the button to fully activate!


**If you have any questions, please call.**

**Customer Support**
**Phone: 248-848-9065  Option 1**

 

Visit us at -
www.fesprotectionplan.com
www.united-credit.org

# ATTACHMENT D

From: nfo@fesprotect onp an.com
Subject: Your D spute Letters
Date: February 1, 2019 at 8:09 AM
To:



Dear Customer,

Attached are your d spute etters to s gn and ma to the cred t bureaus. P ease comp ete the fo ow ng qu ck steps to ensure the best resu ts:

1) Pr nt out your d spute etters from the attached .pdf fi e. You shou d have three etters, one for each cred t bureau - Equ fax, Transun on, and Exper an.
2) S gn each of the three etters, remove the b ank sheet of paper w th n each set of etters and rep ace t w th a copy of your soc a secur ty and address ver ficat on.
3) Ma out your etters, w th attached ver ficat on documents, to each cred t bureau accord ng to the address on the top of each d spute etter.
4) Watch for your updated cred t reports to arr ve n approx mate y 30-45 days. Upon rece pt, p ease forward to us so that we may update your account.
5) If you have any quest ons, p ease contact our Customer Support Team at (248) 848-9065, opt on 1 for ass stance.

For your protect on these d spute etters are password protected and can be opened by enter ng the ast four d g ts of your Soc a Secur ty Number n the password fie d.

--
--
Regards,
Customer Support / FES Protect on P an
Phone: 248-848-9065, opt on 1
Fax: 248-699-7000
Ema : customersupport@fesprotect onp an.com
V s t your account on ne at www.fesprotect onp an.com

Th s ema and any fi es transm tted w th t are confident a and ntended so e y for the use of the nd v dua or ent ty to whom they are addressed. If you have rece ved th s ema n error p ease de ete t. Th s message conta ns confident a nformat on and s ntended on y for the nd v dua named. If you are not the named addressee you shou d not d ssem nate, d str bute or copy th s e-ma . P ease not fy the sender mmed ate y by e-ma f you have rece ved th s e-ma by m stake and de ete th s e-ma from your system. If you are not the ntended rec p ent you are not fied that d sc os ng, copy ng, d str but ng or tak ng any act on n re ance on the contents of th s nformat on s str ct y proh b ted.



Edene_418029_
1dispute.pdf

# ATTACHMENT E



Edene Lakpa



# United Credit Education Services



Edene S Lakpa

2/25/2019

Dear Edene Lakpa :

Thank you for selecting United Credit Education Services to help you remove inaccurate, obsolete, and unverifiable items off your credit report. - we are excited to partner with you!

Enclosed you will find dispute letters that include all derogatory accounts that are reporting on your credit file.  To get started, please complete these three easy steps:

**Step 1 - Review your dispute letters.**
Carefully review each account for accuracy and to confirm that you would like it disputed with Experian, Equifax and TransUnion.  If there are any accounts that you would like removed from the dispute letters, or if you have any additions or changes that need to be made, contact United Credit Education Services and we will create new dispute letters for you.

**Step 2 - Mail your letters to the credit agencies.**
If you are satisfied with the enclosed letters, sign and attach your address and social security identification as shown on the enclosed instructions**. (FOR YOUR SECURITY AND PROTECTION, THE CREDIT BUREAUS WILL NOT RESPOND TO YOUR LETTERS WITHOUT THE PROPER IDENTIFICATION DOCUMENTS ATTACHED).**

**Step 3 - Watch for your updated credit reports from Experian, Equifax and TransUnion.**
Please make a notation on your calendar of the date you sent the dispute letters to the agencies.  You should receive an updated credit report from each agency within 30-45 days.  Make a copy of each credit report received for your records and send the original to us.  We will update your accounts in preparation for your next set of letters.

---

### United Credit Education Services Contact Information

PO Box 130
Farmington, MI  48332

Phone:  (248) 848-9065
Fax: (248) 699-7000
Email: reports@united-credit.org

02/25/2019

Experian
P. O. Box 9701
Allen, TX 75013

To Whom It May Concern:

I have thoroughly reviewed my credit report and I would like to inform you of the inaccuracies it contains (see list below).  I am requesting, under the provisions of the Fair Credit Reporting Act (FCRA), 15 USC section 1681i, that you investigate these accounts.

| **Accounts** | **Reason** |
|---|---|
| ████████████ ████ | This collection is not my account. |
| █████████ ██████ | This collection is not my account. |
| ██████████ █████ | Not mine, I never had an account with this company. |
| ██████ █████ | Not mine, I never had an account with this company. |

I understand that failure to investigate these accounts within a period of thirty days will result in "non-verification" which requires that the above accounts be immediately removed from my credit file.

I also understand that the Fair Credit Reporting Act – specifically 15 USC sections 1681i(d) and 1681j – requires that I receive both written notification of the appropriate corrections and updated credit reports at no charge.

Thank you for your time and attention to this matter.  I look forward to hearing from you soon.

Sincerely,

Edene S Lakpa



02/25/2019

Equifax
P. O. Box 740241
Atlanta, GA 30374

To Whom It May Concern:

I have thoroughly reviewed my credit report and I would like to inform you of the inaccuracies it contains (see list below).  I am requesting, under the provisions of the Fair Credit Reporting Act (FCRA), 15 USC section 1681i, that you investigate these accounts.

| Accounts | Reason |
| --- | --- |
| ███████████████ ██████ | This collection is not my account. |
| ████████████████ ████████ | This collection is not my account. |
| █████████████ ██████ | Not mine, I never had an account with this company. |
| ███████ ██████ | Not mine, I never had an account with this company. |

I understand that failure to investigate these accounts within a period of thirty days will result in "non-verification" which requires that the above accounts be immediately removed from my credit file.

I also understand that the Fair Credit Reporting Act – specifically 15 USC sections 1681i(d) and 1681j – requires that I receive both written notification of the appropriate corrections and updated credit reports at no charge.

Thank you for your time and attention to this matter.  I look forward to hearing from you soon.

Sincerely,

Edene S Lakpa



02/25/2019

Transunion
P. O. Box 2000
Chester, PA 19016

To Whom It May Concern:

I have thoroughly reviewed my credit report and I would like to inform you of the inaccuracies it
contains (see list below).  I am requesting, under the provisions of the Fair Credit Reporting Act
(FCRA), 15 USC section 1681i, that you investigate these accounts.

| **Accounts** | **Reason** |
|---|---|
| ███████████████ ████████ | This collection is not my account. |
| ███████████████ ███████ | Not mine, I never had an account with this company. |
| ████████████ ██████ | Not mine, I never had an account with this company. |
| ████████ ██████ | Not mine, I never had an account with this company. |

I understand that failure to investigate these accounts within a period of thirty days will result in
"non-verification" which requires that the above accounts be immediately removed from my credit file.

I also understand that the Fair Credit Reporting Act – specifically 15 USC sections 1681i(d) and 1681j
– requires that I receive both written notification of the appropriate corrections and updated credit
reports at no charge.

Thank you for your time and attention to this matter.  I look forward to hearing from you soon.

Sincerely,

Edene S Lakpa



# ATTACHMENT F

To: Mr. Kevin Jerome 

Jan 23, 2019, 10:55 AM

Please be aware that we will be preparing and sending your next set of disputes letters in the near future.

It is important that you remember to send any credit reports or correspondence you receive from Experian, Equifax or TransUnion to Positive Credit Builder at the following address. Be sure to keep a copy for your records.

**Positive Credit Builder**
PO Box 417
Farmington, MI 48332

For document clarity and completeness, FES prefers to receive your credit reports by mail. If you email your reports, they should be scanned and directed to documents@fesprotectionplan.com. Caution: email is not as reliable as mailing your credit reports - please make sure to scan both sides of your credit reports - FES cannot be responsible for missing pages, incomplete credit reports or documents that are not received by our email directory. All credit reports must be emailed as one multi page pdf document, emails sent with multiple individual pages will not be processed.

These documents from the credit bureaus will be used to update your file and prepare your next set of dispute letters. If you did not receive any updates from Experian, Equifax or TransUnion, your dispute letters will still be prepared and sent to you.

Get an instant account update and progress report anytime by visiting www.fesprotectionplan.com.

Need additional coaching assistance? Contact an FES Protection Plan Coach at 248-848-9065, option 1 or support@fesprotectionplan.com.

Thank you,

Please send all letters and mail regarding your disputes to this email.
Send them that so they know what to do with the results. They only have 2 weeks to get them into corporate before the next round of letters are created

Jan 24, 2019, 2:04 PM

Hello, sorry it took so long but I started setting up my account. i'm confused as to how to set up the identity protection. is that through Privacy Armor? and if so it says I need a log in or member ID?

You may need to contact privacy armor. That's a privacy armor question. Yes it is the identity theft protection

You may have an email from from privacy armorb

You should have an email indicating privacy armor will notify you when your account is ready

If you are still confused reach out to me and i will walk you through

Sry. I signed up while I was on my lunch. I'll finish the process tonight and wait for the email from privacy armor.

Okay call me if you need me please?

 iMessage  



To: **Mr. Kevin Jerome**

Okay call me if you need me please?

Will do

Jan 24, 2019, 5:54 PM

I never received an email saying privacy armor will notify me when my account is ready. Should I contact them or wait?

Give it 24 hours

Okay

Jan 26, 2019, 1:38 PM

Hi Mr. Jerome, I still haven't gotten an email from privacy armor yet. Should I call on Monday?

Yes mam.

Jan 28, 2019, 6:19 PM

Hi Mr. Jerome. I got the email from privacy armor and signed up today. I haven't received anything in the mail yet, but I know before you said there would be something I would have to do to remove items on my account that are not me. Could you remind me of those steps?

Hi Edene. They will be emailed, not mailed. The steps will be given with the dispute letters.

Sounds good

Jan 31, 2019, 3:26 PM

Hey Edene. All taken care of qith your accounts?

Hi Mr. Jerome, i got the dispute instructions but I haven't gotten any other emails yet but I think everything else is good

Message kaylap@myfes.net and request your disputes to be emailed. Kayla is my assistant

Okay

Feb 4, 2019, 5:07 PM

Hi Mr. Jerome, question. So the dispute letters give the reason "not mine, I never had an account with this company"

iMessage

# ATTACHMENT G



To: **Mr. Kevin Jerome**

Feb 4, 2019, 5:07 PM

Hi Mr. Jerome, question: So the dispute letters give the reason "not mine, I never had an account with this company"

Feb 4, 2019, 7:10 PM

Yes, it says that because we find typically inaccuracies regarding who is really the ownernof thia account. If you do not kuje that verbage, i can go int

o your account and have it disputed using more accurate diapute jargon.

okay

Feb 6, 2019, 2:53 PM

Do you want the language adjusted?

Yes please

Ill have it adjusted tonight ready to go tomorrow morning

Thank you very much

Feb 6, 2019, 7:26 PM

I just sent a picture of the information you requested. Let me know if you can see them or if I should send it as texts

Got it. Will take care of it first thing in the morning

Feb 8, 2019, 10:21 AM

Good Morning Mr, Jerome. Just wanted to remind you to send the papers

Feb 8, 2019, 11:26 AM

In about 3 hours it wilk be complete

iMessage





To: Mr. Kevin Jerome

For your smartcredit login? If so I'll try again

> Send me the direct link to the smartcredit. Is that the FES, UCES?

www.smartcredit.com
You have to login from your client page.

> It says my account is locked

> I won't be able to contact customer service until later or tmrw I'm too busy at work today

> Is this the only way you can do it?

You habe to login into your clienr page on FESPP. Okay you'll have to call them. They are the fastest customer service. No exaggeration. Yes that is. I have to go into your system and physically change the jargon

> I did login through my client page through FES. When I clicked the smart creditlink and tried to login it told me my account was locked. I will let you know when I call. Thanks.

Okay. You'll be on hold if you are not so fortunate. 2-4 minutes typically

> Okay. I most likely won't be able to call until tmrw

Feb 13, 2019, 1:17 PM

Okay

Feb 14, 2019, 8:08 AM

Hi edene, have you called?

> No, I haven't had time. It's been an incredibly busy week.

Feb 14, 2019, 2:10 PM

I know! They close at 7pm eastern!

Feb 15, 2019, 6:41 AM

> I'm just going to send the forms as is. I will not have time to call

Okay. Round 2. We will adjust them

iMessage



To: **Mr. Kevin Jerome**

Feb 15, 2019, 6:41 AM

I'm just going to send the forms as is. I will not have time to call

Okay. Round 2. We will adjust them

They do have the fastest customer service. Meaning you'd be off thw phone in less then 5 min

Lol I don't even have time to call my parents, let alone this. I can try calling next week then

No no. Edene im calling them at 8AM. All I need ypu to so is pick up and verify your credentials and we will be done. Can you do this? I'll make it simple. However we are nof waiting till next week. You are paying for the service. Next week will ve unacceptable. 8 AM.  I'll call them. Once they pick up, you just verify

Okay

Feb 15, 2019, 8:04 AM

They open at 10. I'll call at 10:40 am and once I get them on the phone. I'll call you

Alrighty. Thank you

Feb 15, 2019, 11:10 AM

I'm going to be on the metro in about 15 minutes and then a meeting from 12-2. Let me know when you're about to call

Calling in 10. Finishing a call.

Feb 15, 2019, 4:49 PM

Okay the password is Shirley@1B

Feb 18, 2019, 2:50 PM

Roger. Updating your disputes tonight

Also,
Who are your top two friends or family members who would benefit from speaking to me about the services we offer?

Thanks and I'm not sure

Feb 19, 2019, 8:22 PM

iMessage





To: **Mr. Kevin Jerome**

I did

Do I need to email again

Feb 24, 2019, 9:09 PM

No mam, ill have them emailed tomorrow morning

Feb 25, 2019, 8:47 AM

Thank you

Feb 25, 2019, 3:10 PM

Good afternoon, do you know when the letters will be emailed?

Hi Edene. Thete was a confusion with your request.they are fixing the issue right now which is what caused the hiccup
I am waiting on Kayla' and we will be able to proceed

Okay, thank you

Edene, our credit litigtion team just called due to the request. Tbey recommended that we leave the jargon as is for maximum results and only change depending on how the creditors respond and what they show us.

Ok

Also, I have a letter from AT&T saying I owe them. Like the Verizon account it's not mine, but it's weird that it didn't show up on my report. I'm emailing all the letters to the email you sent me tonight

Yes please. Thats very important. Leave a note indicating this is not on your credit reporr

Okay. Will do

Feb 26, 2019, 7:34 AM

Your lettrts are ready to be printed. Let's get you cleaned up Edene!

I put them in the mail yesterday

😊😊😊😊😊😊😊

Mar 12, 2019, 5:57 PM

iMessage

# ATTACHMENT H

To: Mr. Kevin Jerome

Apr 12, 2019, 7:38 PM

Hi Edene. For concerns about questions about proper emails to send documents to

It is documents@fesprotectionplan.com

If you do not feel as if things aren't cha ging or they aren't responding. The corporate number is

+1 248-848-9065. As for reaching me. You have my calendar now to awt appointments. Wheb i first began disputing my cases for 5 months I was able to get two things off my report. I was somewhat upset as other cliwnta went up like 100 points in two months and then BAM, things began coming off. For more explanation if still frustrated. Call corporate and they can go into more detail aa to the unknown account that ia showing up.

Apr 17, 2019, 4:50 PM

> Just got off a frustrating call with someone in corporate customer service. I am still thoroughly confused as to this whole process. I scheduled a call with you tmrw. I would like to discuss my settlement with discover, discovers response that they would not remove negative items from my account and whether or not any of the other companies I have negative items with have similar policies (that they do not remove negative items from credit reports). Additionally, I would like to discuss what the importance and use of dispute letters are. Thank you.

Yes ma'am

Apr 18, 2019, 6:38 PM

> Hi sry about that I'm ready now

Apr 26, 2019, 12:50 PM

Edene, im reading your investigatio. Results. The service is working..... They deleted the discover account from your report!
Kevin J. IG: @thinkobsidian

> Oh okay, nice!

May 3, 2019, 4:54 PM

> I am going to go to a police station this weekend, what are the next steps with the other accounts. I haven't received any other letters or anything

May 6, 2019, 1:54 PM

Hi Edene, This is the process, if you look at your investigation trsults, items are being removed. I saw every on this on the last set of results you sent to me.

> I did take a look online, it only shows that the discover account has been deleted from experian. Do you know if

 iMessage  

To: Mr. Kevin Jerome 

May 6, 2019, 1:54 PM

Hi Edene, This is the process, if you look at your investigation trsults, items are being removed. I saw every on this on the last set of results you sent to me.

I did take a look online, it only shows that the discover account has been deleted from experian. Do you know if it is taken off of all three or just one?

Yes all three. Remember this is a legal dispute profess. We can't rush the attorneys in how they arr disputing your info. The fact that we removed one accoubt on your last dispute is indication we are getting results. Outside of that we have to mail the process and rinse and repeat the process until everything is off

Also, I know you previously said there was a way to add my rent payments to my credit. Should I still do this if one of my roommates pays rent late? the way it goes on the account even though we all pay sparely it's counted under one account. Additionally, you had previously said something about utility bills being used to decrease the amount of something but I can't remember whay

All of your messages are jumbled

Also, I know you previously said there was a way to add my rent payments to my credit. Should I still do this if one of my roommates pays rent late? the way it goes on the account even though we all pay sparely it's counted under one account. Additionally, you had previously said something about utility bills being used to decrease the amount of something but I can't remember whay

May 6, 2019, 5:34 PM

I'm not sure why it sent as multiple messages I only sent on text. But I took a picture of the text, did you get the picture?

May 8, 2019, 11:51 AM

Hi edene. No ma'am. You were asking about credit my rent correct?

Yes. But one of my roommates pays late, although our names are all attached to our individual payments the lease counts us all as one

 iMessage  

# ATTACHMENT I



**From:** **Shirley Lakpa** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: UCES - fo  ow up
**Date:** June 4, 2019 at 9:55 AM
**To:** Jade Teat  jadet@myfes.net

Good Morn ng Jade,

Thank you so much for a  your he p. I d d get your vo cema  s (sorry my phone  s typ ca  y on DND dur ng the dayt me wh  e I'm at work). You have been very he pfu . I was ab e to  og  nto my account and  ook at the documents. I w   spend t me gett ng more fam  ar w th the process and  ook ng at the documents as we  as fam  ar z ng myse f more w th the webs te. I w   be sure to reach out  f I have any quest ons.

Thank you aga n for your ass stance.

Regards,

Edene Sh r ey Lakpa

On Jun 4, 2019, at 9:49 AM, Jade Teat <jadet@myfes.net> wrote:

Good Morning Ms. Lakpa:

The scope of this question is a little too detailed to explain in email.  However, I was able to leave you an voice mail.  We have your updated email on file with the password being the last four of your social security.
Per our previous conversation, one  free month will be applied to you account.  Please reply to this email  or call if you have additional concerns on this topic.

Sincerely,
Jade P L /Customer Support
United Credit Education Services
Fax: (248) 699-7000
Email: reports@myuces.net

**From:** Shirley Lakpa ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 3, 2019 7:07 PM
**To:** Jade Teat <jadet@myfes.net>
**Subject:** Re: UCES - follow up

Hi Jade,

Thank you so much for you call last week. Sorry we couldn't connect, when you called I was at work. There was something else I would like help with. I want to know if it is possible to remove Kevin Jerome and his assistant Kayla P from my account. They have not been very helpful. If it's possible I would like to work with someone else. If not possible, I would be fine just emailing the documents to FES and handling the dispute letter process using the online system.

I am also having trouble logging in. I updated my email last week on Friday from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ to ▮▮▮▮▮▮▮▮▮▮▮▮▮ and I'm having trouble logging in now. It's telling me that my login is incorrect. I did try the password reset option but I haven't received a reset link in any mailbox.

Best Regards,

Edene Shirley

> On May 31, 2019, at 9:05 AM, Shirley Lakpa
> ███████████████████████████ wrote:
>
> Thank you. Yesterday I was in a bad cell area and the phone kept cutting in and out. I will go online and visit the sections you suggested.
>
> Regards,
>
> Edene Shirley Lakpa
> Bachelor of Science, Biology
> Howard University, Class of 2018
> ████████████████████████
> ██████████████
>
>> On May 30, 2019, at 5:35 PM, Jade Teat <jadet@myfes.net> wrote:
>>
>> Hello Ms. Lakpa,
>>
>> As a continuation to our interrupted conversation, I wanted to provide this information regarding any correspondence from the creditors.  To learn more about collections letters and how to respond, please visit the "*Credit Builder*" section on the Protection Plan website, and select the "*Forms & Documents*" tab.
>>
>> Thank you,
>>
>> Customer Support Team
>> Phone: (248)-848-9065, Option 1
>> Hours of operation: M-F 9am-9pm EST
>>
>> Visit us at –
>> www.ucesprotectionplan.com
>>
>> Sincerely,
>> Jade P L / Customer Support
>> United Credit Educational Services
>> Fax: (248) 699-7000
>> Email: reports@myuces.net

From: **Jade Teat** jadet@myfes.net
Subject: RE: UCES - fo ow up
Date: June 4, 2019 at 9:49 AM
To: Sh r ey Lakpa

JT

Good Morning Ms. Lakpa:

The scope of this question is a little too detailed to explain in email.  However, I was able to leave you an voice mail.  We have your updated email on file with the password being the last four of your social security.
Per our previous conversation, one  free month will be applied to you account.  Please reply to this email  or call if you have additional concerns on this topic.


Sincerely,
Jade P L /Customer Support
United Credit Education Services
Fax: (248) 699-7000
Email: <u>reports@myuces.net</u>

---

**From:** Shirley Lakpa
**Sent:** Monday, June 3, 2019 7:07 PM
**To:** Jade Teat <<u>jadet@myfes.net</u>>
**Subject:** Re: UCES - follow up

Hi Jade,

Thank you so much for you call last week. Sorry we couldn't connect, when you called I was at work. There was something else I would like help with. I want to know if it is possible to remove Kevin Jerome and his assistant Kayla P from my account. They have not been very helpful. If it's possible I would like to work with someone else. If not possible, I would be fine just emailing the documents to FES and handling the dispute letter process using the online system.

I am also having trouble logging in. I updated my email last week on Friday from ████████████████████████ to ███████████████████ and I'm having trouble logging in now. It's telling me that my login is incorrect. I did try the password reset option but I haven't received a reset link in any mailbox.

Best Regards,

Edene Shirley


On May 31, 2019, at 9:05 AM, Shirley Lakpa
██████████████████████████████ wrote:

Thank you. Yesterday I was in a bad cell area and the phone kept cutting in and out. I will go online and visit the sections you suggested.

Regards,

Edene Shirley Lakpa
Bachelor of Science, Biology
Howard University, Class of 2018
███████████████████
█████████████

On May 30, 2019, at 5:35 PM, Jade Teat <jadet@myfes.net> wrote:

> Hello Ms. Lakpa,
>
> As a continuation to our interrupted conversation, I wanted to
> provide this information regarding any correspondence from the
> creditors.  To learn more about collections letters and how to
> respond, please visit the "*Credit Builder*" section on the
> Protection Plan website, and select the "*Forms & Documents*"
> tab.
>
> Thank you,
>
> Customer Support Team
> Phone: (248)-848-9065, Option 1
> Hours of operation: M-F 9am-9pm EST
>
> Visit us at –
> www.ucesprotectionplan.com
>
> Sincerely,
> Jade P L / Customer Support
> United Credit Educational Services
> Fax: (248) 699-7000
> Email: reports@myuces.net



From: **Shirley Lakpa**
Subject: Re: UCES - fo ow up
Date: June 3, 2019 at 7:06 PM
To: Jade Teat jadet@myfes.net

H  Jade,

Thank you so much for you ca  ast week. Sorry we cou dn't connect, when you ca ed I was at work. There was someth ng e se I wou d  ke he p w th. I want to know  f t s poss b e to remove Kev n Jerome and h s ass stant Kay a P from my account. They have not been very he pfu . If  t's poss b e I wou d  ke to work w th someone e se. If not poss b e, I wou d be fine just ema  ng the documents to FES and hand ng the d spute  etter process us ng the on  ne system.

I am a so hav ng troub e  ogg ng  n. I updated my ema  ast week on Fr day from                                            to
                             and I'm hav ng troub e  ogg ng  n now. It's te  ng me that my  og n s  ncorrect. I d d try the password reset opt on but I haven't rece ved a reset   nk n any ma  box.

Best Regards,

Edene Sh r ey

On May 31, 2019, at 9:05 AM, Sh r ey Lakpa                                            wrote:

Thank you. Yesterday I was in a bad cell area and the phone kept cutting in and out. I will go online and visit the sections you suggested.

Regards,

Edene Shirley Lakpa
Bachelor of Science, Biology
Howard University, Class of 2018

On May 30, 2019, at 5:35 PM, Jade Teat <jadet@myfes.net> wrote:

Hello Ms. Lakpa,

As a continuation to our interrupted conversation, I wanted to provide this information regarding any correspondence from the creditors.  To learn more about collections letters and how to respond, please visit the "*Credit Builder*" section on the Protection Plan website, and select the "*Forms & Documents*" tab.

Thank you,

Customer Support Team
Phone: (248)-848-9065, Option 1
Hours of operation: M-F 9am-9pm EST

Visit us at –
www.ucesprotectionplan.com

Sincerely,
Jade P L / Customer Support
United Credit Educational Services
Fax: (248) 699-7000
Email: reports@myuces.net



**From:** Shirley Lakpa ████████████████████████
**Subject:** Re: UCES - fo ow up
**Date:** May 31, 2019 at 9:05 AM
**To:** Jade Teat jadet@myfes.net

Thank you. Yesterday I was  n a bad ce  area and the phone kept cutt ng  n and out. I w   go on  ne and v s t the sect ons you suggested.

Regards,

Edene Sh r ey Lakpa
Bache or of Sc ence, B o ogy
Howard Un vers ty, C ass of 2018
████████████████████████
███████████

On May 30, 2019, at 5:35 PM, Jade Teat <jadet@myfes.net> wrote:

Hello Ms. Lakpa,

As a continuation to our interrupted conversation, I wanted to provide this information regarding any correspondence from the creditors.  To learn more about collections letters and how to respond, please visit the "*Credit Builder*" section on the Protection Plan website, and select the "*Forms & Documents*" tab.

Thank you,

Customer Support Team
Phone: (248)-848-9065, Option 1
Hours of operation: M-F 9am-9pm EST

Visit us at –
www.ucesprotectionplan.com

Sincerely,
Jade P L / Customer Support
United Credit Educational Services
Fax: (248) 699-7000
Email: reports@myuces.net





**From:** **Jade Teat** jadet@myfes.net 🚩
**Subject:** UCES - fo ow up
**Date:** May 30, 2019 at 5:35 PM
**To:** ███████████████████

Hello Ms. Lakpa,

As a continuation to our interrupted conversation, I wanted to provide this information regarding any correspondence from the creditors.  To learn more about collections letters and how to respond, please visit the "*Credit Builder*" section on the Protection Plan website, and select the "*Forms & Documents*" tab.

Thank you,

Customer Support Team
Phone: (248)-848-9065, Option 1
Hours of operation: M-F 9am-9pm EST

Visit us at –
www.ucesprotectionplan.com

Sincerely,
Jade P L / Customer Support
United Credit Educational Services
Fax: (248) 699-7000
Email: reports@myuces.net

# ATTACHMENT J

# Wells Fargo Everyday Checking

Account number: ███████ ■ January 15, 2019 - February 13, 2019 ■ Page 1 of 5



EDENE SHIRLEY LAKPA
███████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/15 | ███████ |
| Deposits/Additions | ███████ |
| Withdrawals/Subtractions | ███████ |
| **Ending balance on 2/13** | ███████ |

Account number: ███████

**EDENE SHIRLEY LAKPA**

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  091000019

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ███████ ■ January 15, 2019 - February 13, 2019 ■ Page 2 of 5



**Transaction history**



| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 1/18 | | Purchase authorized on 01/16 United Credit Educ 248-8489065 MI S469016674312199 Card 0500 | | 89.00 | |

# Wells Fargo Everyday Checking



Account number: ▮▮▮▮▮▮  ■  February 14, 2019 - March 13, 2019  ■  Page 1 of 8

EDENE SHIRLEY LAKPA
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary



Beginning balance on 2/14
Deposits/Additions
Withdrawals/Subtractions
**Ending balance on 3/13**

Account number: ▮▮▮▮▮▮

**EDENE SHIRLEY LAKPA**

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  091000019

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(300)
Sheet Seq = 0004039
Sheet 00001 of  00004

Account number: ■■■■■■  ■ February 14, 2019 - March 13, 2019  ■ Page 2 of 8



## Transaction history



| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 2/19 | | Purchase authorized on 02/15 United Credit Educ 248-8489065 MI S389046567957446 Card 0500 | | 89.00 | |

# Wells Fargo Everyday Checking

Account number: ▬▬▬▬▬  ■ March 14, 2019 - April 11, 2019  ■ Page 1 of 8



EDENE SHIRLEY LAKPA
▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/14 | ▬▬ |
| Deposits/Additions | ▬▬ |
| Withdrawals/Subtractions | ▬▬ |
| **Ending balance on 4/11** | ▬▬ |

Account number: ▬▬▬▬▬

**EDENE SHIRLEY LAKPA**

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  091000019

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(300)
Sheet Seq = 0004020
Sheet 00001 of  00004

Account number: ██████████   ■ March 14, 2019 - April 11, 2019   ■ Page 2 of 8



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| ██ | | ████████████████ | | ██ | ██ |
| ██ | | ████████████████ | ██ | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | ██ |
| ██ | | ████████████████ | | ██ | ██ |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | ██ |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | ██ |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | ██ |
| 3/20 | | Purchase authorized on 03/18 United Credit Educ 248-8489065 MI S309077615241390 Card 6791 | | 89.00 | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | |
| ██ | | ████████████████ | | ██ | ██ |

# Wells Fargo Everyday Checking

Account number: ███████  ■ April 12, 2019 - May 13, 2019  ■ Page 1 of 7



EDENE SHIRLEY LAKPA
███████████
███████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/12 | ███ |
| Deposits/Additions | ███ |
| Withdrawals/Subtractions | ███ |
| **Ending balance on 5/13** | ███ |

Account number: ███████

**EDENE SHIRLEY LAKPA**

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  091000019

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(300)
Sheet Seq = 0004154
Sheet 00001 of  00004

Account number:   ■ April 12, 2019 - May 13, 2019   ■ Page 2 of 7



## Transaction history



| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|---------------------|
| 4/19 | | Purchase authorized on 04/17 United Credit Educ 248-8489065 MI S389107478458549 Card 6791 | | 89.00 | |

# Wells Fargo Everyday Checking

June 13, 2019  ■  Page 1 of 8



EDENE SHIRLEY LAKPA

███████████████
███████████████████

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833

*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (300)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/14 | ███ |
| Deposits/Additions | ███ |
| Withdrawals/Subtractions | ████ |
| **Ending balance on 6/13** | ██ |

Account number:  ████████

**EDENE SHIRLEY LAKPA**

*Minnesota account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  091000019

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(300)
Sheet Seq = 0004123
Sheet 00001 of  00004



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/3 | | Purchase authorized on 05/30 United Credit Educ 248-8489065 MI S469150428084598 Card 6687 | | 89.00 | |

# ATTACHMENT K

3673

**YOUTH FINANCIAL LITERACY FOUNDATION**
37735 ENTERPRISE COURT, SUITE 600B
FARMINGTON HILLS, MI 48331

74-347/724

DATE 12/9/19.

PAY TO THE ORDER OF ___Edene Shirley Lakpa___ $ 455 00

___Four hundred fifty five dollars and 00/100 Only___ DOLLARS

**Huntington**

Gerald R Trump

FOR ___Refund___

⑈000036730⑈ ⑆072403473⑆ ▉▉▉▉▉3258⑈



# UCES Protection Plan

*12/10/2019*

*Dear Edene Lakpa:*

*We are very sorry that you weren't satisfied with UCES Protection Plan. We strive to provide the best service possible to our clients and we are very disappointed that we did not meet your expectations.*

*Enclosed is a refund check for $455.00.*

*Sincerely,*

**Customer Relations / UCES Protection Plan**
**Phone: 248-848-9065, option 1**
**www.ucesprotectionplan.com**



---

**3673**

**YOUTH FINANCIAL LITERACY FOUNDATION**
37735 ENTERPRISE COURT, SUITE 600B
FARMINGTON HILLS, MI 48331

74-347/724

DATE 12/7/19

PAY TO THE ORDER OF Edene Shirley Lakpa                               $ 455 00

Four hundred fifty five dollars & 00/100 Only                         DOLLARS

**Huntington**

Gerald R Thomas

FOR Refund

⑈0000 3673⑈ ⑆072403473⑆           3258⑈