IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120 <br><br> Hon. Bernard A. Friedman |

**STIPULATED ORDER CONTINUING PRELIMINARY INJNCTION HEARING AND CONTINUING TEMPORARY RESTRAINING ORDER**

This cause is before the Court on the stipulated motion of the parties to continue until the week of June 27, 2022, the preliminary injunction hearing currently scheduled for June 3, 2022, at 10:30 a.m., and to continue the Temporary Restraining Order entered in this case. Upon consideration of the parties' motion and finding good causes exists therefor, the Court hereby GRANTS the parties' motion.

**IT IS THEREFORE ORDERED** that Defendants shall appear on: **Thursday, June 30, 2022, at 11:00 a.m. in Courtroom 110** of the United States District Court, Eastern District of Michigan, 231 W. Lafayette Blvd., Detroit, Michigan, to show cause, if any there be, why this Court should not enter a preliminary injunction and order preliminary relief against Defendants,

pursuant to Rule 65 of the Federal Rules of Civil Procedure, extending the temporary relief granted in the Temporary Restraining Order entered on May 24, 2022 (ECF No. 10, PageID.2235) pending a final adjudication on the merits.

**IT IS FURTHER ORDERED** that unless modified by further order of this Court, the Temporary Restraining Order entered on May 24, 2022 (ECF No. 10, PageID.2235) shall continue in full force and effect as to all Defendants.

**IT IS SO ORDERED.**

Dated:  June 2, 2022
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge