UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

FINANCIAL EDUCATION SERVICES,
INC., *et al*.,

    Defendants.
_____/

Case No. 2:22-cv-11120
Judge Bernard A. Friedman

## ORDER SETTING BRIEFING SCHEDULE
## ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This cause is before the Court on the stipulated motion [Dkt No. 32] of the parties to set a briefing schedule on Plaintiff Federal Trade Commission's Motion for Preliminary Injunction (Dkt. No. 3). Upon consideration of the parties' motion and finding good cause exists therefor, the Court hereby GRANTS the parties' motion.

**IT IS THEREFORE ORDERED** that Defendants' responses in opposition to Plaintiff's Motion for Preliminary Injunction shall be filed by June 27, 2022, and Plaintiff's reply, if any, shall be filed by June 29, 2022.

**IT IS SO ORDERED**.

Dated: June 21, 2022
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge