# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120 <br><br> Hon. Bernard A. Friedman |

## STIPULATED ORDER REGARDING CERTAIN ASSETS

This cause is before the Court on the stipulated motion of Plaintiff Federal Trade Commission ("FTC") and Defendant Gerald Thompson to release certain assets [ECF No. 36] . Upon consideration of the parties' motion and finding good causes exists therefor, the Court hereby GRANTS the parties' motion.

**IT IS THEREFORE ORDERED** that:

1. Merrill Lynch shall release from the asset freeze provisions of the Temporary Restraining Order entered on May 24, 2022 (ECF No. 10): (a) account number xxxx3808 in the name of Patricia Thompson Trustee of Living Trust dated 06/25/1998 and (b) account number xxxx4638 in the name of Lois G. Kennedy Trustee of Living Trust dated 05/03/2005.

2. Fidelity Investments shall release from the asset freeze provisions of the Temporary Restraining Order entered on May 24, 2022 (ECF No. 10): (a)

1

account number xxxx5001 in the name of Patricia Thompson Trustee of Living Trust dated 06/25/1998, and (b) account number xxxx4001 in the name of Patricia Thompson Trustee of Living Trust dated 06/25/1998.

**IT IS SO ORDERED.**

Dated: June 27, 2022
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge