IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**  Plaintiff,  v.  **FINANCIAL EDUCATION SERVICES, INC.,** *et al.*,  Defendants. | Case No. 2:22-cv-11120-BAF-APP  Hon. Bernard A. Friedman |

### DECLARATION OF ANTONY HAWKINS

Pursuant to 28 U.S.C. § 1746, I, Antony Hawkins, declare as follows:

1. I, Antony Hawkins, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am the Principal at MHC Advisors, P.C. My business address is 3150 Livernois, Troy, MI 48083.

4. I specialize in tax issues, auditing, management advisory services and improving profitability in small to medium sized companies. I have over 25 years of extensive accounting and managerial experience ranging from retail/wholesale and manufacturing operations to automotive dealerships,

1

non-profit and governmental organizations. I have worked for a national accounting firm and supervised corporate accounting staffs. I am a member in good standing in the American Institute of Certified Public Accountants and the Michigan Association of Certified Public Accountants.

5. I have been affiliated with VR-Tech MGT, LLC and its financial position since 2009 providing the above-described services. I advised Michael Toloff in the formation of this company.

6. Chris Toloff was added to VR-Tech MGT, LLC as a 1% owner member such that it was not a disregarded entity under the IRS code. Subsequently, his capital equity ownership remained at 1% but his profit and loss sharing percentage was reduced from 1% to 0%. To the best of my knowledge, Chris Toloff has never received any economic benefit or cash distributions based on his 1% ownership position of VR-Tech MGT, LLC other than wages and salary based on his services as an employee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2022

*Antony Hawkins*
Antony Hawkins (Jun 24, 2022 20:27 EDT)
**ANTONY HAWKINS**

# DECLARATION - Antony Hawkins 06242022 final

Final Audit Report                                                                                          2022-06-25

| | |
|---|---|
| Created: | 2022-06-24 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADcpNdTioWs8pN9EZ4CkrskKBvmLjjMpn |

## "DECLARATION - Antony Hawkins 06242022 final" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-24 - 11:56:23 PM GMT- IP address: 162.225.72.38

- Document emailed to tonyhwk@aol.com for signature
  2022-06-24 - 11:57:00 PM GMT

- Email viewed by tonyhwk@aol.com
  2022-06-25 - 0:24:38 AM GMT- IP address: 69.147.93.95

- Document e-signed by Antony Hawkins (tonyhwk@aol.com)
  Signature Date: 2022-06-25 - 0:27:15 AM GMT - Time Source: server- IP address: 24.168.251.179

- Agreement completed.
  2022-06-25 - 0:27:15 AM GMT

**Adobe Acrobat Sign**