IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-BAF-APP <br><br> Hon. Bernard A. Friedman |

### DECLARATION OF PAT KARAS

Pursuant to 28 U.S.C. § 1746, I, Pat Karas, declare as follows:

1. I, Pat Karas, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am a resident of Novi, Michigan.

4. I am the Vice President of Operations for Defendant Youth Financial Literacy Foundation ("YFL") and have held this position since 2004. In that role, I was aware of Chris Toloff and the job functions he performed.

5. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate

1

description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2022

*Pat Karas*
Pat Karas (Jun 25, 2022 17:23 EDT)
**PAT KARAS**

# DECLARATION - Pat Karas 06252022

Final Audit Report                                                              2022-06-25

| | |
|---|---|
| Created: | 2022-06-25 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQtvN3CroXUqcZWDVtF4wmFKYILIh80n5 |

## "DECLARATION - Pat Karas 06252022" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-25 - 5:27:52 PM GMT- IP address: 162.225.72.38

- Document emailed to patkaras@outlook.com for signature
  2022-06-25 - 5:28:10 PM GMT

- Email viewed by patkaras@outlook.com
  2022-06-25 - 5:41:35 PM GMT- IP address: 104.28.39.150

- Document e-signed by Pat Karas (patkaras@outlook.com)
  Signature Date: 2022-06-25 - 9:23:10 PM GMT - Time Source: server- IP address: 47.26.254.173

- Agreement completed.
  2022-06-25 - 9:23:10 PM GMT

Adobe Acrobat Sign