IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:22-cv-11120-BAF-APP |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, | |
| Defendants. | |

### DECLARATION OF ROHIL RATANPARA

Pursuant to 28 U.S.C. § 1746, I, Rohil Ratanpara, declare as follows:

1. I, Rohil Ratanpara, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am a resident of South Lyon, Michigan.

4. I am the Vice President of Technology for Defendant Youth Financial Literacy Foundation ("YFL") and have held this position since 2009. In that role, I was aware of Chris Toloff and the job functions he performed.

5. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2022

*RohilRatanpara*
RohilRatanpara (Jun 27, 2022 13:11 EDT)

ROHIL RATANPARA

# DECLARATION - Rohil Ratanpara 06272022

Final Audit Report                                                                                                         2022-06-27

| | |
|---|---|
| Created: | 2022-06-27 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFYMxy5kkFT92ofvdX3bJN6euFnByEDMU |

## "DECLARATION - Rohil Ratanpara 06272022" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-27 - 3:34:04 PM GMT- IP address: 162.225.72.38

- Document emailed to ratanpara@zoho.com for signature
  2022-06-27 - 3:34:18 PM GMT

- Email viewed by ratanpara@zoho.com
  2022-06-27 - 5:11:15 PM GMT- IP address: 97.70.167.193

- Document e-signed by RohilRatanpara (ratanpara@zoho.com)
  Signature Date: 2022-06-27 - 5:11:50 PM GMT - Time Source: server- IP address: 97.70.167.193

- Agreement completed.
  2022-06-27 - 5:11:50 PM GMT

Adobe Acrobat Sign