IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Case No. 2:22-cv-11120-BAF-APP |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, | |
| Defendants. | |

### DECLARATION OF SUE GRIFFIN

Pursuant to 28 U.S.C. § 1746, I, Sue Griffin, declare as follows:

1. I, Sue Griffin, have personal knowledge of the facts below and am competent to testify about them.

2. I am over the age of 21 years old.

3. I am a resident of Redford, Michigan.

4. I am the Vice President of Agent Support and Compliance for Defendant Financial Education Services, Inc. ("FES") and have held this position since 2004. In that role, I was aware of Chris Toloff and the job functions he performed.

5. UWS is the successor company to Financial Education Services, Inc. ("FES").

1

6. FES is in the process of transferring all of its operations over to UWS but until such transition is finalized both FES and UWS operate identically.

7. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2022

Susan Griffin (Jun 25, 2022 15:40 EDT)

SUE GRIFFIN

# DECLARATION- Sue Griffin 06252022

Final Audit Report          2022-06-25

| | |
|---|---|
| Created: | 2022-06-25 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASpfMJrg7zbwYr4RjMw5r24PH8olHsI2O |

## "DECLARATION- Sue Griffin 06252022" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-25 - 5:31:01 PM GMT- IP address: 162.225.72.38

- Document emailed to suzy7759@gmail.com for signature
  2022-06-25 - 5:31:13 PM GMT

- Email viewed by suzy7759@gmail.com
  2022-06-25 - 5:31:16 PM GMT- IP address: 66.249.92.65

- Document e-signed by Susan Griffin (suzy7759@gmail.com)
  Signature Date: 2022-06-25 - 7:40:51 PM GMT - Time Source: server- IP address: 69.14.245.51

- Agreement completed.
  2022-06-25 - 7:40:51 PM GMT

Adobe Acrobat Sign