# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-BAF-APP <br><br> Hon. Bernard A. Friedman |

## DECLARATION OF ALICIA LINN

Pursuant to 28 U.S.C. § 1746, I, Alicia Linn, declare as follows:

1. I, Alicia Linn, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am a resident of Clawson, Michigan.

4. I am the Marketing Manager for Defendant Financial Education Services, Inc. ("FES") and have held this position since 2019. In that role, I was aware of Chris Toloff and the job functions he performed.

5. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2022

Alicia Kathryn Linn (Jun 25, 2022 15:37 EDT)

ALICIA LINN

# DECLARATION - Alicia Linn 06252022

Final Audit Report                                                                                          2022-06-25

| | |
|---|---|
| Created: | 2022-06-25 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnNWJinImyUvwR0F9dsBldmPTeA5fGJqf |

## "DECLARATION - Alicia Linn 06252022" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-25 - 5:21:10 PM GMT- IP address: 162.225.72.38

- Document emailed to alicialinn428@gmail.com for signature
  2022-06-25 - 5:21:32 PM GMT

- Email viewed by alicialinn428@gmail.com
  2022-06-25 - 6:04:39 PM GMT- IP address: 74.125.212.244

- Document e-signed by Alicia Kathryn Linn (alicialinn428@gmail.com)
  Signature Date: 2022-06-25 - 7:37:43 PM GMT - Time Source: server- IP address: 199.48.67.17

- Agreement completed.
  2022-06-25 - 7:37:43 PM GMT

Adobe Acrobat Sign