IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:22-cv-11120-BAF-APP |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, | |
| Defendants. | |

## DECLARATION OF BRANDON CLARK

Pursuant to 28 U.S.C. § 1746, I, Brandon Clark, declare as follows:

1. I, Brandon Clark, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am a resident of Southfield, Michigan.

4. I am the Customer Service Supervisor for Defendant Youth Financial Literacy Foundation ("YFL") and have held this position since 2015. In that role, I was aware of Chris Toloff and the job functions he performed.

5. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate

1

description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2022

_____
Brandon Clark (Jun 25, 2022 17:41 EDT)
BRANDON CLARK

# DECLARATION - Brandon Clark 06252022

Final Audit Report                                                                 2022-06-25

| | |
|---|---|
| Created: | 2022-06-25 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAARX24kqFmvtuTmadwwzuJMgjXp0QAOR04 |

## "DECLARATION - Brandon Clark 06252022" History

📄 Document created by Lisa Robinson (lrobinson@mslawgroup.com)
2022-06-25 - 5:23:28 PM GMT- IP address: 162.225.72.38

✉️ Document emailed to bradclar86@gmail.com for signature
2022-06-25 - 5:23:49 PM GMT

📄 Email viewed by bradclar86@gmail.com
2022-06-25 - 5:23:51 PM GMT- IP address: 66.249.92.133

✍️ Document e-signed by Brandon Clark (bradclar86@gmail.com)
Signature Date: 2022-06-25 - 9:41:07 PM GMT - Time Source: server- IP address: 172.58.123.132

✅ Agreement completed.
2022-06-25 - 9:41:07 PM GMT

**Adobe Acrobat Sign**