IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:22-cv-11120-BAF-APP |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, | |
| Defendants. | |

**DECLARATION OF MOHAMAD ALAWA**

Pursuant to 28 U.S.C. § 1746, I, Mohamad Alawa, declare as follows:

1. I, Mohamad Alawa, have personal knowledge of the facts below and am competent to testify about them.

2. I am above the age of 21.

3. I am a resident of West Bloomfield, Michigan.

4. I am the IT Project Manager for Defendant Financial Education Services, Inc. ("FES") and have held this position since 2012. In that role, I was aware of Chris Toloff and the job functions he performed.

5. I have read Exhibit A to this declaration, "Chris Toloff Duties." To the best of my knowledge and recollection, Exhibit A is a true and accurate

1

description of Chris Toloff's job duties for the Companies (as defined in Exhibit A).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2022

Mohamad Alawa (Jun 27, 2022 10:59 EDT)

MOHAMAD ALAWA

2

# DECLARATION - Mohamad Alawa 06252022
Final Audit Report                                                                                          2022-06-27

| | |
|---|---|
| Created: | 2022-06-25 |
| By: | Lisa Robinson (lrobinson@mslawgroup.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGFPIyfn734psyMc3_JV4N5SokIWYJYmE |

## "DECLARATION - Mohamad Alawa 06252022" History

- Document created by Lisa Robinson (lrobinson@mslawgroup.com)
  2022-06-25 - 5:26:39 PM GMT- IP address: 162.225.72.38

- Document emailed to mohamad.alawa@hotmail.com for signature
  2022-06-25 - 5:27:05 PM GMT

- Email viewed by mohamad.alawa@hotmail.com
  2022-06-25 - 7:51:02 PM GMT- IP address: 68.32.85.32

- Document e-signed by Mohamad Alawa (mohamad.alawa@hotmail.com)
  Signature Date: 2022-06-27 - 2:59:31 PM GMT - Time Source: server- IP address: 68.32.85.32

- Agreement completed.
  2022-06-27 - 2:59:31 PM GMT

Adobe Acrobat Sign