# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

FINANCIAL EDUCATION SERVICES, INC., a Michigan corporation;

UNITED WEALTH SERVICES, INC., a Michigan corporation;

VR-TECH, LLC, a Michigan limited liability company;

CM RENT INC., a Colorado corporation;

YOUTH FINANCIAL LITERACY FOUNDATION, a Michigan nonprofit corporation;

PARIMAL NAIK, in his individual and corporate capacity;

MICHAEL TOLOFF, in his individual and corporate capacity;

CHRISTOPHER TOLOFF, in his individual and corporate capacity; and

GERALD THOMPSON, in his individual and corporate capacity,

    Defendants.

Case No. 2:22-cv-11120-BAF-APP

Hon. Bernard A. Friedman

## NOTICE OF APPEARANCE

George S. Fish of Young Basile Hanlon & MacFarlane, P.C. hereby enters his appearance as attorney for Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, and Parimal Naik in the above-captioned case.

| | |
|---|---|
| Dated: June 28, 2022 | Respectfully submitted,<br>**YOUNG BASILE HANLON & MACFARLANE, P.C.**<br><br>By: */s/ George S. Fish*<br>George S. Fish (P51298)<br>3001 W. Big Beaver Road, Suite 624<br>Troy, MI 48084<br>(248) 649-3333 / (248) 649-3338 Fax<br>fish@youngbasile.com<br><br>*Attorneys for Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, and Parimal Naik* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 28, 2022, the foregoing was caused to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's CM/ECF system.

By: */s/ George S. Fish*
George S. Fish (P51298)