## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No. 2:22-cv-11120-BAF-APP |
| Plaintiff, | Hon. Bernard A. Friedman |
| v. | |
| **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, | |
| Defendants. | |

### NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF PARIMAL NAIK IN SUPPORT OF DEFENDANTS CHRISTOPHER TOLOFF, MICHAEL TOLOFF, CM RENT, INC., AND VR-TECH MGT, LLC'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Now come Defendants (collectively "Defendants") and hereby give Notice of Filing Supplemental Declaration of Parimal Naik in Support of Defendants Christopher and Michael Toloff, CM Rent Inc., and VR-Tech MGT, LLC's Brief in Opposition to Plaintiff's Motion For Preliminary Injunction.

Dated: June 29, 2022

Respectfully submitted,

/s/ Helen Mac Murray
Helen Mac Murray (Ohio # 0038782)
Lisa A. Messner (Ohio # 0074034)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954

hmacmurray@mslawgroup.com
lmessner@mslawgroup.com
Counsel for Defendants,
Christopher Toloff, Michael Toloff,
CM Rent, Inc. and VR-TECH MGT.,
LLC

## CERTIFICATE OF SERVICE

This it to certify that the foregoing was filed electronically with the Court's

ECF electronic filing system on this 29th day of June, 2022, which will, in turn,

electronically serve all parties of record.

Respectfully submitted,
/s/ Helen Mac Murray
Helen Mac Murray (Ohio # 0038782)
Lisa A. Messner (Ohio # 0074034)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
hmacmurray@mslawgroup.com
lmessner@mslawgroup.com
Counsel for Defendants,
Christopher Toloff, Michael Toloff,
CM Rent, Inc. and VR-TECH MGT.,
LLC