AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:22-cv-11120-BAF-APP |
| Financial Education Services, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Trade Commission   .

Date:  07/01/2022

/s/ K. Michelle Grajales
*Attorney's signature*

K. Michelle Grajales (NY 2904126)
*Printed name and bar number*

600 Pennsylvania Ave., NW
Washington, DC 20580
Mailstop: CC-5201
*Address*

mgrajales@ftc.gov
*E-mail address*

(202) 326-3172
*Telephone number*

(202) 326-3768
*FAX number*