UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL TRADE COMMISSION

       Plaintiff,

vs.

FINANCIAL EDUCATION
SERVICES, INC., *et al.*,

       Defendants.
_____/

Civil Action No. 22-cv-11120
HON. BERNARD A. FRIEDMAN

### ORDER DENYING AS MOOT THE FES DEFENDANTS' MOTION TO PRESENT LIVE TESTIMONY AND DENYING AS MOOT DEFENDANTS CHRISTOPHER AND MICHAEL TOLOFF'S MOTION FOR A LIMITED MODIFICATION TO THE TEMPORARY RESTRAINING ORDER

Before the Court is the FES Defendants' motion to present live testimony at the June 30, 2022 hearing (ECF No. 56) and defendants Christopher and Michael Toloff's motion for a limited modification to the temporary restraining order. (ECF No. 48). Because the temporary restraining order is now vacated in a manner consistent with the Court's decision at the June 30, 2022 hearing, it is hereby,

ORDERED that the FES Defendants' motion to present live testimony at the June 30, 2022 hearing (ECF No. 56) is denied as moot.

2

IT IS FURTHER ORDERED that defendants Christopher and Michael Toloff's motion for a limited modification to the temporary restraining order (ECF No. 48) is likewise denied as moot.

Dated: July 5, 2022
  Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge