# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120 <br><br> Hon. Bernard A. Friedman |

## STIPULATED ORDER GRANTING DEFENDANTS MICHAEL TOLOFF AND CHRISTOPHER TOLOFF'S MOTION TO SEAL THE GAYLE L. TOLOFF REVOCABLE LIVING TRUST

This cause is before the Court on Defendants Michael Toloff and Christopher Toloff's Motion to File the Gayle L. Toloff Revocable Trust under seal (ECF. No 49). Upon consideration of Defendants' motion and finding good causes exists therefore, the Court hereby GRANTS said motion.

**IT IS SO ORDERED.**

Dated:  July 5, 2022
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge