IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-BAF-APP <br><br> Hon. Bernard A. Friedman |

**FTC'S NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS**

Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned counsel, respectfully submits this statement of non-opposition to the Receiver's Motion for Order Approving Payment of Receiver's and Professional's Fees and Costs ("Fee Motion"). (ECF No. 75.)

The FTC submits that the services the Receiver rendered during the course of the receivership were necessary, appropriate, and brought value to the Receivership Estate. The Receiver's First Interim Report (ECF No. 55-1) highlights the extensive efforts the Receiver took in administering the receivership estate.

The FTC has carefully reviewed the Fee Motion, the Declaration of the Receiver Patrick Miles, Jr. in support of the Fee Motion (ECF No. 75-1), and the

1

invoices submitted therewith (ECF Nos. 75-2, 75-3, and 75-4).  Based on its review, the FTC believes the requests are reasonable and has no objection to the Receiver's request for the Court's approval to pay the fees and costs of the Receiver and his professionals.

Dated:  July 28, 2022  Respectfully submitted,

 /s/K. Michelle Grajales
GREGORY A. ASHE
K. MICHELLE GRAJALES
JULIA E. HEALD
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-3172 (Grajales)
Telephone: 202-326-3589 (Heald)
Facsimile: 202-326-3768
Email:gashe@ftc.gov, mgrajales@ftc.gov,
       jheald@ftc.gov

DAWN N. ISON
United States Attorney

SUSAN K. DECLERCQ (P60545)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: 313-226-9149
Email: susan.declercq@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2022, a true and correct copy of **FTC'S NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS** was filed electronically with the United States District Court for the Eastern District of Michigan using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                       */s/K. Michelle Grajales*
                                       Attorney for Plaintiff Federal Trade Commission