UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

FEDERAL TRADE COMMISSION,

    Plaintiff,                             Case No. 2:22-cv-11120-BAF-APP

    v.

FINANCIAL EDUCATION SERVICES, INC., *et al*.,    Hon. Bernard A. Friedman

    Defendants.

**NOTICE OF NON-OPPOSITION OF DEFENDANTS CHRISTOPHER TOLOFF, MICHAEL TOLOFF, VR-TECH MGT, LLC AND CM RENT, INC. TO MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS**

Defendants Christopher Toloff, Michael Toloff, VR-Tech MGT, LLC and CM Rent, Inc., by and through undersigned counsel, notify the Court of their non-opposition to the Motion for an Order Approving and Authorizing Payment of Receiver's and Professional Fees and Costs. (ECF No. 75)  Defendants reserve the right to oppose future requests for the payment of fees to the Monitor to the extent such requests are objectionable.

                                                  Respectfully submitted,

                                                  */s/ Helen Mac Murray*
                                                  Helen Mac Murray (Ohio # 0038782)
                                                  Lisa A. Messner (Ohio # 0074034)

1

Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
hmacmurray@mslawgroup.com
lmessner@mslawgroup.com

*Counsel for Defendants,*

*Christopher Toloff, Michael Toloff, CM Rent, Inc. and VR-TECH MGT., LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished electronically on this 29th day of July, 2022, with the Clerk of the Court using CM/ECF, which will serve all parties and counsel having appeared in this matter.

*/s/ Helen Mac Murray*