**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

FINANCIAL EDUCATION SERVICES, INC., *et al*.,

Defendants.

Case No. 2:22-cv-11120-BAF-APP

Hon. Bernard A. Friedman

**DEFENDANTS CHRISTOPHER TOLOFF, MICHAEL TOLOFF, VR-TECH MGT, LLC AND CM RENT, INC., REQUEST FOR COPIES**

Defendants Christopher Toloff, Michael Toloff, VR-Tech MGT, LLC and CM Rent, Inc., (collectively, the "Defendants"), by and through their undersigned counsel, hereby serves this Request for Copies and request that Plaintiff provide copies of any and all documents, policies, records, and things requested and produced pursuant to the subpoenas in this action directed to the following:

A. Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to:

1. Citizens Bank, N.A., Attn: Subpoena Processing Mail Stop ROP210, 1 Citizens Drive, Riverside, RI 02915.
2. Level One Bank, 32991 Hamilton Court, Farmington Hills, MI 48334

3. Premium Credit Bureau, LLC, 2701 E. Atlantic Blvd. Floor 2, Pompano Beach, FL 33062
4. Partners Credit & Verification Solutions, LLC, 55 W. Monroe Street, Suite 1655, Chicago, IL 60603
5. LK Commercial Lending LLC, 37735 Enterprise Ct Suite 500, Farmington Hills, MI 48331
6. Statewide Commercial Lending LLC, 5301 N. Trenholm Road, Suite A, Columbia, SC 29206
7. Jesula Beauchamps
8. Sandra Brown
9. Sasha Carbonell
10. Elizabeth Chaney
11. Torrona Creighton
12. Wilder Desir
13. Karaunda Hurt
14. Jaabecca Jones
15. Terrel Joseph
16. Christy Murphy
17. Marlene Reyes
18. Robert Rodriguez
19. Jennifer Stamm
20. Allen Strickland
21. Francheska Weaver

Respectfully submitted,

*/s/ Helen Mac Murray*

Helen Mac Murray (Ohio # 0038782)
Lisa A. Messner (Ohio # 0074034)
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Tel: (614) 939-9955
Fax: (614) 939-9954
hmacmurray@mslawgroup.com
lmessner@mslawgroup.com

*Counsel for Defendants,*

*Christopher Toloff, Michael Toloff, CM Rent, Inc. and VR-TECH MGT., LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished electronically on this 17th day of August, 2022, with the Clerk of the Court using CM/ECF, which will serve all parties and counsel having appeared in this matter.

*/s/ Helen Mac Murray*