## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-BAF-APP <br><br> Hon. Bernard A. Friedman |

**FTC'S NON-OPPOSITION TO MONITOR'S FIRST MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF MONITOR'S AND PROFESSIONAL'S FEES AND COSTS**

Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned counsel, respectfully submits this statement of non-opposition to the Monitor's First Motion for Order Approving Payment of Monitor's and Professional's Fees and Costs ("Fee Motion"). (ECF No. 89.)

The FTC submits that the services the Monitor rendered during the course of the first application period of the monitorship were necessary, appropriate, and brought value to the monitorship. The FTC has carefully reviewed the Fee Motion, the Declaration of the Monitor Patrick Miles, Jr. in support of the Fee Motion and the invoices submitted therewith. (ECF No. 89-1.) Based on its review, the FTC believes the requests are reasonable and has no objection to the Monitor's request

1

for the Court's approval to pay the fees and costs of the Monitor and his professionals.

Dated:  September 29, 2022                    Respectfully submitted,


                                              /s/Gregory A. Ashe
                                              GREGORY A. ASHE
                                              K. MICHELLE GRAJALES
                                              JULIA E. HEALD
                                              Federal Trade Commission
                                              600 Pennsylvania Avenue NW
                                              Washington, DC 20580
                                              Telephone: 202-326-3719 (Ashe)
                                              Telephone: 202-326-3172 (Grajales)
                                              Telephone: 202-326-3589 (Heald)
                                              Facsimile: 202-326-3768
                                              Email:gashe@ftc.gov, mgrajales@ftc.gov,
                                                    jheald@ftc.gov

                                              DAWN N. ISON
                                              United States Attorney

                                              SUSAN K. DECLERCQ (P60545)
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, MI 48226
                                              Telephone: 313-226-9149
                                              Email: susan.declercq@usdoj.gov

                                              Attorneys for Plaintiff
                                              FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2022, a true and correct copy of **FTC'S NON-OPPOSITION TO MONITOR'S FIRST MOTION FOR ORDER APPROVING PAYMENT OF MONITOR'S AND PROFESSIONAL'S FEES AND COSTS** was filed electronically with the United States District Court for the Eastern District of Michigan using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/sGregory A. Ashe*
Attorney for Plaintiff Federal Trade Commission