# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-BAF-APP <br><br> Hon. Bernard A. Friedman |

### FTC'S NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS FROM JULY 1, 2022 TO JULY 17, 2022

Plaintiff, the Federal Trade Commission ("FTC"), through its undersigned counsel, respectfully submits this statement of non-opposition to the former Receiver's Motion for Order Approving Payment of Receiver's and Professional's Fees and Costs for the period from July 1, 2022 to July 17, 2022. ("Fee Motion"). (ECF No. 100.)

The FTC submits that the services the Receiver rendered during the course of the receivership were necessary, appropriate, and brought value to the Receivership Estate. The Receiver's First Interim Report (ECF No. 55-1) highlights the extensive efforts the Receiver took in administering the receivership estate.

1

The FTC has carefully reviewed the Fee Motion and the Declaration of the Receiver Patrick Miles, Jr. in support of the Fee Motion and invoices submitted therewith.  (ECF No. 100-1.)  Based on its review, the FTC believes the requests are reasonable and has no objection to the Receiver's request for the Court's approval to pay the fees and costs of the Receiver and his professionals.

Dated:  November 7, 2022                               Respectfully submitted,

        /s/Gregory A. Ashe
GREGORY A. ASHE
K. MICHELLE GRAJALES
JULIA E. HEALD
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, DC 20580
Telephone: 202-326-3719 (Ashe)
Telephone: 202-326-3172 (Grajales)
Telephone: 202-326-3589 (Heald)
Facsimile: 202-326-3768
Email:gashe@ftc.gov, mgrajales@ftc.gov,
         jheald@ftc.gov

DAWN N. ISON
United States Attorney

SUSAN K. DECLERCQ (P60545)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: 313-226-9149
Email: susan.declercq@usdoj.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 7, 2022, a true and correct copy of **FTC'S NON-OPPOSITION TO RECEIVER'S MOTION FOR ORDER APPROVING PAYMENT OF RECEIVER'S AND PROFESSIONAL'S FEES AND COSTS FROM JULY 1, 2022 TO JULY 17, 2022** was filed electronically with the United States District Court for the Eastern District of Michigan using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                        /s/Gregory A. Ashe
                                         Attorney for Plaintiff Federal Trade Commission