UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL TRADE COMMISSION,

       Plaintiff,

vs.

FINANCIAL EDUCATION
SERVICES, INC., *et al.*,

       Defendants.
_____/

Civil Action No. 22-cv-11120
HON. BERNARD A. FRIEDMAN

## **ORDER GRANTING THE MONITOR'S MOTIONS FOR APPROVAL AND AUTHORIZATION OF FEES**

Before the Court are the monitor's motions for approval and authorization of fees. (ECF Nos. 89, 100). The Federal Trade Commission concurred with the requested relief. (ECF Nos. 93, 101). Financial Education Services, Inc. and the related defendants (the "FES Defendants") opposed the first motion, but not the second one. (ECF Nos. 97, 105). The monitor filed a reply to the FES Defendants opposition. (ECF No. 99). The Court held a hearing on the motions on November 16, 2022. For the reasons stated on the record, it is hereby,

ORDERED that the monitor's motions for approval and authorization of fees (ECF Nos. 89, 100) are granted.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: November 17, 2022
Detroit, Michigan