UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL TRADE COMMISSION,

       Plaintiff,                                Civil Action No. 22-cv-11120
                                                 HON. BERNARD A. FRIEDMAN

vs.

FINANCIAL EDUCATION
SERVICES, INC., *et al.*,

       Defendants.
_____/

## ORDER GRANTING THE MONITOR'S UNOPPOSED MOTION FOR APPROVAL AND AUTHORIZATION OF FEES

Before the Court is the monitor's unopposed motion for approval and authorization of fees. (ECF No. 110). For the reasons stated in the motion, it is hereby,

ORDERED that the monitor's unopposed motion for approval and authorization of fees (ECF No. 110) is granted.

                                                  s/Bernard A. Friedman
                                                  Hon. Bernard A. Friedman
                                                  Senior United States District Judge

Dated: December 21, 2022
       Detroit, Michigan