UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Federal Trade Commission,

                        Plaintiff(s),

v.                                        Case No. 2:22−cv−11120−BAF−APP
                                                   Hon. Bernard A. Friedman

Finacial Education Services,
Inc, et al.,

                        Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion to Dismiss – #78

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/J. Curry−Williams
                                               Case Manager

Dated:  February 13, 2023