# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120 <br><br> Hon. Bernard A. Friedman <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINES** |

Come now Plaintiff Federal Trade Commission ("FTC"), Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, and Parimal Naik (collectively, the "FES Defendants"), Defendants VR-Tech MGT, LLC, CM Rent Inc., Michael Toloff, and Christopher Toloff (collectively, the "Toloff Defendants"), and Defendant Gerald Thompson, by and through their respective counsel, and hereby stipulate and agree as follows:

1. On September 1, 2022, the Court entered its Scheduling Order for this case (ECF No. 87);

2. Since that time, the parties have made initial disclosures and engaged in written discovery;

1

3. Because the volume of documents related to this matter is extensive, the parties agree that an extension of the deadlines set forth in the Scheduling Order is warranted.

4. The parties have agreed upon and propose the following revised deadlines:

| | |
|---|---|
| Discovery to be completed by | October 13 2023 |
| Deadline for amendment of pleadings | August 4, 2023 |
| Expert disclosures due | September 1, 2023 |
| Rebuttal expert disclosures due | September 15, 2023 |
| Parties to inform the Court of their intentions regarding ADR | September 1, 2023 |
| Lay witness lists due by | September 15, 2023 |
| Parties to complete ADR | November 13, 2023 |
| Dispositive Motions due by | January 12, 2024 |
| Responses to dispositive motions due by | February 9, 2024 |
| Replies in support of dispositive motions due by | February 23, 2024 |
| Proposed joint pretrial order due by | April 30, 2024 (or one week before Pre-Trial) |
| Final pretrial conference/motions in limine due by | May 7, 2024 at 1:30 p.m. (or one week before Trial date) |
| Bench Trial | May 14, 2024 at 9:00 a.m. |

5. This stipulation is being made in good faith and at the request of all parties, and not for purposes of delay.

6. This agreement shall be without prejudice to any party

   **IT IS SO ORDERED.**

|  |  |
|---|---|
| Dated: February 16, 2023<br>Detroit, Michigan | s/Bernard A. Friedman<br>Bernard A. Friedman<br>Senior United States District Judge |

2

**IT IS SO STIPULATED AND AGREED**.

Dated:    February 14, 2023                Respectfully submitted

| | |
|---|---|
| */s/Gregory A. Ashe* | */s/Richard W. Epstein (with consent)* |
| GREGORY A. ASHE | RICHARD W. EPSTEIN |
| K. MICHELLE GRAJALES | ROY TAUB |
| JULIA E. HEALD | Greenspoon Marder LLP |
| Federal Trade Commission | 200 E. Broward Blvd, Suite 1800 |
| 600 Pennsylvania Avenue NW | Fort Lauderdale, FL 33301 |
| Washington, DC 20580 | Telephone: 954-491-1120 |
| Telephone: 202-326-3719 (Ashe) | Facsimile: 954-333-4027 |
| Telephone: 202-326-3172 (Grajales) | Email: Richard.epstein@gmlaw.com, |
| Telephone: 202-326-3589 (Heald) | roy.taub@gmlaw.com |
| Facsimile: 202-326-3768 | |
| Email: gashe@ftc.gov, | MATTHEW S. RAPKOWSKI |
| mgrajales@ftc.gov, | Greenspoon Marder LLP |
| jheald@ftc.gov | 590 Madison Avenue, Suite 1800 |
| | New York, NY 10022 |
| DAWN N. ISON | Telephone: 212-524-5000 |
| United States Attorney | Facsimile: 212-524-5050 |
| SUSAN K. DECLERCQ (P60545) | Email: matthew.rapkowski@gmlaw.com |
| Assistant United States Attorney | |
| 211 W. Fort Street, Suite 2001 | GEORGE S. FISH |
| Detroit, MI 48226 | Young Basile Hanlon & MacFarlane, PC |
| Telephone: 313-226-9149 | 3001 W. Big Beaver Road, Suite 624 |
| Email: susan.declercq@usdoj.gov | Troy, MI 48084 |
| | Email: fish@youngbasile.com |
| *Attorneys for Plaintiff Federal Trade Commission* | *Attorneys for Defendants Financial Education Servi Inc., United Wealth Services, Inc., VR-Tech, LLC, Y Financial Literacy Foundation, and Parimal Naik* |

| | |
|---|---|
| */s/Helen Mac Murray (with consent)* | */s/Kerry Lee Morgan (with consent)* |
| HELEN MAC MURRAY | KERRY LEE MORGAN |
| LISA A. MESSNER | Pentiuk, Couvreur & Kobiljak P.C. |
| WALTER C. BLACKHAM | 2915 Biddle Avenue, Suite 200 |
| ERICA R. HOLLAR | Wyandotte, MI 48192 |
| Mac Murray & Shuster LLP | Telephone: 734-281-7100 |
| 6525 West Campus Oval, Suite 210 | Facsimile: 734-281-7102 |
| New Albany, OH 43054 | Email: kmorgan@pck-law.com |
| Telephone: 614-939-9955 | |
| Facsimile: 614-939-9954 | *Attorney for Defendant Gerald Thompson* |
| Email: hmacmurray@mslawgroup.com, | |
| lmessner@mslawgroup.com, | |
| wblackham@mslawgroup.com, | |
| ehollar@mslawgroup.com | |

DAVID W. WARREN
EMILY R. WARREN
Joelson Rosenberg, PLC
30665 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
Telephone: 248-855-2233
Facsimile: 248-855-2388
Email: dwarren@jrlawplc.com,
ewarren@jrlawplc.com

*Attorneys for Defendants VR-Tech MGT, LLC, CM Rent Inc., Michael Toloff, and Christopher Toloff*

4