# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

FINANCIAL EDUCATION SERVICES, INC., *et al.*,

    Defendants.

Case No. 2:22-cv-11120-BAF-APP

Hon. Bernard A. Friedman

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Statewide Commercial Lending, LLC makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes [ ]    No [X]

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____

    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the

case, that has a substantial financial interest in the outcome of the litigation?

Yes [ ]   No [X]

If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

Parent Corporation/Affiliate Name:
_____
Nature of Financial Interest:
_____

Dated: May 12, 2023

                        Respectfully submitted,

                        */s/ Helen Mac Murray*
                        Helen Mac Murray (Ohio # 0038782)
                        Lisa A. Messner (Ohio # 0074034)
                        Walter C. Blackham (Ohio # 0097882)
                        Mac Murray & Shuster LLP
                        6525 West Campus Oval, Suite 210
                        New Albany, Ohio 43054
                        Tel: (614) 939-9955
                        Fax: (614) 939-9954
                        hmacmurray@mslawgroup.com
                        lmessner@mslawgroup.com
                        cblackham@mslawgroup.com

                        *Counsel for Defendant,*
                        *Statewide Commercial Lending, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been furnished electronically on this 12th day of May, 2023 to all counsel having appeared in this matter.

>*/s/  Helen Mac Murray*
>*Counsel for Defendant,*
>*Statewide Commercial Lending, LLC*