# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120 <br><br> Hon. Bernard A. Friedman <br><br> **SECOND STIPULATION AND ORDER TO EXTEND DEADLINES** |

Come now Plaintiff Federal Trade Commission ("FTC"), Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, LK Commerical Lending LLC, and Parimal Naik (collectively, the "FES Defendants"), Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, Christopher Toloff, and Relief Defendant Gayle L. Toloff (collectively, the "Toloff Defendants"), and Defendant Gerald Thompson, by and through their respective counsel, and hereby stipulate and agree as follows:

1. On September 1, 2022, the Court entered its initial Scheduling Order for this case (ECF No. 87);

2. On February 16, 2023, the Court entered an order extending the deadlines of the original Scheduling Order for this case. (ECF No. 115)

3. Since that time, the parties have engaged in extensive written discovery and

1

document production. However recently propounded document discovery remains incomplete and will likely encompass several months of compliance due to the extensive nature of the discovery requests. Moreover, the Parties are concurrently evaluating the sufficiency of discovery responses and the potential need for discovery motions.

4. While discovery is ongoing and the transition to the next phase of discovery – depositions – will soon occur, Plaintiff and most of Defendants have commenced substantive settlement discussions to resolve this matter. These discussions are in their incipient stages and are expected to continue for the next several months, in part due to scheduling conflicts and pre-arranged vacation plans.

5. While that parties acknowledge that the next phase of discovery will soon commence, tentative scheduling of depositions has not yet occurred nor have Rule 30(b)(6) depsotions topics been circulated. Scheduling and the conduct of depositions are anticipated to take a number of months, especially should certain trial conflicts of various of the attorneys materialize.

6. The Parties have been pursuing discovery diligently, but in light of the current status of document discovery and the time anticipated for the scheduling and conduct of depositions, the Parties recognize that all this discovery cannot be reasonably completed by the current October 13, 2023 discovery deadline.

7. As such, the parties propose a second extension of the scheduling order deadlines and have jointly agreed to the following schedule:

| | |
|---|---|
| Discovery to be completed by | March 1, 2024 |
| Expert disclosures due | February 2, 2024 |
| Rebuttal expert disclosures due | February 16, 2024 |
| Parties to inform the Court of their intentions regarding ADR | January 19, 2024 |
| Lay witness lists due by | February 2, 2024 |
| Parties to complete ADR | March 15, 2024 |
| Dispositive Motions due by | May 17, 2024 |
| Responses to dispositive motions due by | June 14, 2024 |
| Replies in support of dispositive motions due by | June 28, 2024 |
| Proposed joint pretrial order due by | September 3, 2024 (or one week before Pre-Trial) |
| Final pretrial conference/motions in limine due by | September 10, 2024 at 1:30 p.m. |
| Jury Trial | September 17, 2024 at 9:00 A.M. |

8. This stipulation is being made in good faith and at the request of all parties, and not for purposes of delay.

9. This agreement shall be without prejudice to any party

**IT IS SO ORDERED.**

Dated: September 25, 2023  
        Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge

3

**IT IS SO STIPULATED AND AGREED**.

Dated:   August 24, 2023                           Respectfully submitted

| | |
|---|---|
| */s/Gregory A. Ashe* | */s/Richard W. Epstein (with consent)* |
| GREGORY A. ASHE | RICHARD W. EPSTEIN |
| K. MICHELLE GRAJALES | ROY TAUB |
| JULIA E. HEALD | Greenspoon Marder LLP |
| Federal Trade Commission | 200 E. Broward Blvd, Suite 1800 |
| 600 Pennsylvania Avenue NW | Fort Lauderdale, FL 33301 |
| Washington, DC 20580 | Telephone: 954-491-1120 |
| Telephone: 202-326-3719 (Ashe) | Facsimile: 954-333-4027 |
| Telephone: 202-326-3172 (Grajales) | Email: Richard.epstein@gmlaw.com, |
| Telephone: 202-326-3589 (Heald) | roy.taub@gmlaw.com |
| Facsimile: 202-326-3768 | |
| Email: gashe@ftc.gov, | MATTHEW S. RAPKOWSKI |
| mgrajales@ftc.gov, | Greenspoon Marder LLP |
| jheald@ftc.gov | 590 Madison Avenue, Suite 1800 |
| | New York, NY 10022 |
| DAWN N. ISON | Telephone: 212-524-5000 |
| United States Attorney | Facsimile: 212-524-5050 |
| SUSAN K. DECLERCQ (P60545) | Email: matthew.rapkowski@gmlaw.com |
| Assistant United States Attorney | |
| 211 W. Fort Street, Suite 2001 | GEORGE S. FISH |
| Detroit, MI 48226 | Young Basile Hanlon & MacFarlane, PC |
| Telephone: 313-226-9149 | 3001 W. Big Beaver Road, Suite 624 |
| Email: susan.declercq@usdoj.gov | Troy, MI 48084 |
| | Email: fish@youngbasile.com |
| *Attorneys for Plaintiff Federal Trade Commission* | *Attorneys for Defendants Financial Education Servi Inc., United Wealth Services, Inc., VR-Tech, LLC, Y Financial Literacy Foundation, and Parimal Naik* |

| | |
|---|---|
| */s/Helen Mac Murray (with consent)* | */s/Kerry Lee Morgan (with consent)* |
| HELEN MAC MURRAY | KERRY LEE MORGAN |
| LISA A. MESSNER | Pentiuk, Couvreur & Kobiljak P.C. |
| WALTER C. BLACKHAM | 2915 Biddle Avenue, Suite 200 |
| ERICA R. HOLLAR | Wyandotte, MI 48192 |
| Mac Murray & Shuster LLP | Telephone: 734-281-7100 |
| 6525 West Campus Oval, Suite 210 | Facsimile: 734-281-7102 |
| New Albany, OH 43054 | Email: kmorgan@pck-law.com |
| Telephone: 614-939-9955 | |
| Facsimile: 614-939-9954 | *Attorney for Defendant Gerald Thompson* |
| Email: hmacmurray@mslawgroup.com, lmessner@mslawgroup.com, wblackham@mslawgroup.com, ehollar@mslawgroup.com | |

DAVID W. WARREN
EMILY R. WARREN
Joelson Rosenberg, PLC
30665 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
Telephone: 248-855-2233
Facsimile: 248-855-2388
Email: dwarren@jrlawplc.com,
ewarren@jrlawplc.com

*Attorneys for Defendants VR-Tech MGT, LLC, CM Rent Inc., Michael Toloff, and Christopher Toloff*