UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL TRADE COMMISSION,

          Plaintiff,                    Civil Action No. 22-cv-11120
                                           HON. BERNARD A. FRIEDMAN

vs.

FINANCIAL EDUCATION
SERVICES, INC., *et al.*,

          Defendants.

_____/

## ORDER GRANTING THE RECEIVER'S MOTION FOR APPROVAL AND AUTHORIZATION OF FEES AND COSTS

      Before the Court is the Receiver's motion for approval and authorization of fees and costs incurred by the Receiver, the Receiver's counsel, and the professionals working at the Receiver's direction. (ECF No. 156).  Neither the Federal Trade Commission nor any of the defendants oppose the motion.  For the reasons stated in the motion, it is hereby,

      ORDERED that the Receiver's motion for approval and authorization of fees and costs (ECF No. 156) is granted in its entirety.

      **SO ORDERED.**

                                        s/Bernard A. Friedman
Dated: January 4, 2024                     BERNARD A. FRIEDMAN
      Detroit, Michigan               SENIOR U.S. DISTRICT JUDGE