AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan ▼

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-11120-BAF-APP |
| Financial Education Services, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Federal Trade Commission                                                   .


Date:     01/23/2024                                    /s/ James I. Doty
                                                      *Attorney's signature*


                                                 James I. Doty (NY bar no. JD1981)
                                                    *Printed name and bar number*

                                                    600 Pennsylvania Ave., NW
                                                       Washington, DC 20580
                                                        Mailstop: CC-5201

                                                           *Address*

                                                         jdoty@ftc.gov
                                                       *E-mail address*

                                                       (202) 650-8037
                                                     *Telephone number*

                                                       (202) 326-3768
                                                        *FAX number*