## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**FINANCIAL EDUCATION SERVICES, INC.**, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-11120-BAF-APP<br><br>Hon. Bernard A. Friedman<br><br>**THIRD STIPULATION AND ORDER TO EXTEND DEADLINES** |

Come now Plaintiff Federal Trade Commission ("FTC"), Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, LK Commerical Lending LLC, and Parimal Naik (collectively, the "FES Defendants"), Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, Christopher Toloff, and Relief Defendant Gayle L. Toloff (collectively, the "Toloff Defendants"), and Defendant Gerald Thompson, by and through their respective counsel, and hereby stipulate and agree as follows:

1. On September 1, 2022, the Court entered its initial Scheduling Order for this case.  (ECF No. 87.)

2. On February 16, 2023, the Court entered an order extending the deadlines of the original Scheduling Order for this case.  (ECF No. 115.)

3. On September 25, 2023, the Court entered a second order extending the

1

deadlines of the original Scheduling Order for this case.  (ECF No. 145.)

4. Since that time, the parties have engaged in extensive written discovery and document production.  Discovery is ongoing and the transition to the next phase of discovery—depositions—will soon occur.  Meanwhile, the FTC and Defendants have commenced substantive settlement discussions to resolve this matter.  These discussions are continuing and are expected to continue for the next several months, in part due to scheduling conflicts.

5. In an effort to direct resources toward settlement, tentative scheduling of depositions has not yet occurred nor have Rule 30(b)(6) depsotions topics been circulated.  Scheduling and the conduct of depositions are anticipated to take a number of months, especially should certain trial conflicts of various of the attorneys materialize.

6. In addition, lead counsel for the FES Defendants is undergoing a medical procedure that will prevent his complete involvement in this matter over the upcoming months.  FES Counsel has informed counsel for the FTC as much and they understood the need for this extension as the medical procedure will cause scheduling conflicts.

7. The Parties have been pursuing discovery diligently, but in light of the current status of document discovery and the time anticipated for the scheduling and

conduct of depositions, the Parties recognize that all this discovery cannot be reasonably completed by the current discovery deadline.

8. As such, the parties propose a third extension of the scheduling order deadlines and have jointly agreed to the following schedule:

| | |
|---|---|
| Expert disclosures due | March 1, 2024 |
| Lay witness lists due by | March 1, 2024 |
| Rebuttal expert disclosures due | April 5, 2024 |
| Discovery to be completed by | May 31, 2024 |
| Parties to complete ADR | June 7, 2024 |
| Dispositive Motions due by | August 16, 2024 |
| Responses to dispositive motions due by | September 6, 2024 |
| Replies in support of dispositive motions due by | September 20, 2024 |
| Proposed joint pretrial order due by | November 26, 2024 (or one week before Pre-Trial) |
| Final pretrial conference/motions in limine due by | December 4, 2024 (or one week before Trial date) at 1:30 p.m. |
| Jury Trial | December 10, 2024 at 9:00 a.m. |

9. This stipulation is being made in good faith and at the request of all parties, and not for purposes of delay.

10. This agreement shall be without prejudice to any party

**IT IS SO ORDERED.**

Dated: February 23, 2024
      Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

**IT IS SO STIPULATED AND AGREED**.

Dated: February 5, 2024　　　　　　　　　Respectfully submitted

/s/Gregory A. Ashe　　　　　　　　　　　/s/Richard W. Epstein (with consent)
GREGORY A. ASHE　　　　　　　　　　RICHARD W. EPSTEIN
JULIA E. HEALD　　　　　　　　　　　ROY TAUB
Federal Trade Commission　　　　　　　Greenspoon Marder LLP
600 Pennsylvania Avenue NW　　　　　　200 E. Broward Blvd, Suite 1800
Washington, DC 20580　　　　　　　　　Fort Lauderdale, FL 33301
Telephone: 202-326-3719 (Ashe)　　　　　Telephone: 954-491-1120
Telephone: 202-326-3172 (Grajales)　　　Facsimile: 954-333-4027
Telephone: 202-326-3589 (Heald)　　　　Email: Richard.epstein@gmlaw.com,
Facsimile: 202-326-3768　　　　　　　　roy.taub@gmlaw.com
Email: gashe@ftc.gov,
mgrajales@ftc.gov,　　　　　　　　　　MATTHEW S. RAPKOWSKI
jheald@ftc.gov　　　　　　　　　　　　Greenspoon Marder LLP
　　　　　　　　　　　　　　　　　　　590 Madison Avenue, Suite 1800
DAWN N. ISON　　　　　　　　　　　　New York, NY 10022
United States Attorney　　　　　　　　Telephone: 212-524-5000
SUSAN K. DECLERCQ (P60545)　　　　Facsimile: 212-524-5050
Assistant United States Attorney　　　　Email: matthew.rapkowski@gmlaw.com
211 W. Fort Street, Suite 2001
Detroit, MI 48226　　　　　　　　　　　GEORGE S. FISH
Telephone: 313-226-9149　　　　　　　　Young Basile Hanlon & MacFarlane, PC
Email: susan.declercq@usdoj.gov　　　　3001 W. Big  Beaver Road, Suite 624
　　　　　　　　　　　　　　　　　　　Troy, MI 48084
*Attorneys for Plaintiff Federal Trade Commission*　　Email: fish@youngbasile.com

*Attorneys for Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation,  LK Commerical Lending, LLC and Parimal Naik*

*/s/Helen Mac Murray (with consent)*
HELEN MAC MURRAY
LISA A. MESSNER
WALTER C. BLACKHAM
ERICA R. HOLLAR
Mac Murray & Shuster LLP
6525 West Campus Oval, Suite 210
New Albany, OH 43054
Telephone: 614-939-9955
Facsimile: 614-939-9954
Email: hmacmurray@mslawgroup.com,
lmessner@mslawgroup.com,
wblackham@mslawgroup.com,
ehollar@mslawgroup.com

DAVID W. WARREN
EMILY R. WARREN
Joelson Rosenberg, PLC
30665 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
Telephone: 248-855-2233
Facsimile: 248-855-2388
Email: dwarren@jrlawplc.com,
ewarren@jrlawplc.com

*Attorneys for Defendants VR-Tech MGT, LLC, CM Rent Inc., Michael Toloff, and Christopher Toloff*

*/s/Kerry Lee Morgan (with consent)*
KERRY LEE MORGAN
Pentiuk, Couvreur & Kobiljak P.C.
2915 Biddle Avenue, Suite 200
Wyandotte, MI 48192
Telephone: 734-281-7100
Facsimile: 734-281-7102
Email: kmorgan@pck-law.com

*Attorney for Defendant Gerald Thompson*