IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **FINANCIAL EDUCATION SERVICES, INC.**, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-11120-MFL-APP <br><br> Hon. Matthew F. Leitman |

**STIPULATED MOTION TO STAY CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS VR-TECH MGT, LLC, CM RENT INC., STATEWIDE COMMERCIAL LENDING LLC, MICHAEL TOLOFF, AND CHRISTOPHER TOLOFF AND RELIEF DEFENDANT GAYLE TOLOFF**

Come now Plaintiff, the Federal Trade Commission ("FTC"), and Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, and Christopher Toloff and Relief Defendant Gayle Toloff ("Toloff Defendants"), by and through their undersigned counsel, and hereby stipulate, agree, and move the Court for an order staying all deadlines in this case for 120 days with respect to the Toloff Defendants, including all deadlines set forth in the Scheduling Order entered on April 22, 2024 (ECF No. 164). In support of this request, the parties state as follows:

1. Counsel for the FTC and the Toloff Defendants have negotiated final settlements in this matter.

2. Although FTC counsel has the authority to negotiate settlement agreements, under Section 4.14(c) of the FTC's Rules of Practice, 16 C.F.R. § 4.14(c), only a majority vote by the several FTC Commissioners can approve any such agreement.

3. If the FTC approves the settlements, further litigation in this matter as to the Toloff Defendants will not be necessary.

4. Because the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case for 120 days to allow adequate time for the FTC to review and approve the final settlements.

5. The requested stay would not apply to any of the other defendants. The case and litigation shall continue, an all deadlines remain unaffected, as to Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, LK Commercial Lending LLC, Parimal Naik, and Gerald Thompson.

Wherefore, based on the foregoing, the FTC and the Toloff Defendants respectfully request that this stipulation be granted and the entire case be stayed for 120 days as to the Toloff Defendants. A proposed order has been submitted in accordance with ECF Policies and Procedures R12.

**IT SO STIPULATED** on May 24, 2024:

| | |
|---|---|
| */s/Gregory A. Ashe* | */s/Lisa A. Messner (with permission)* |
| GREGORY A. ASHE | HELEN MAC MURRAY |
| JULIA E. HEALD | LISA A. MESSNER |
| JAMES I. DOTY | WALTER C. BLACKHAM |
| Federal Trade Commission | ERICA R. HOLLAR |
| 600 Pennsylvania Avenue NW | Mac Murray & Shuster LLP |
| Washington, DC 20580 | 6525 West Campus Oval, Suite 210 |
| Telephone: 202-326-3719 (Ashe) | New Albany, OH 43054 |
| Telephone: 202-326-3589 (Heald) | Telephone: 614-939-9955 |
| Telephone: 202-326-8037 (Doty) | Facsimile: 614-939-9954 |
| Facsimile: 202-326-3768 | Email: |
| Email:gashe@ftc.gov, jheald@ftc.gov, jdoty@ftc.gov | hmacmurray@mslawgroup.com, lmessner@mslawgroup.com, wblackham@mslawgroup.com, ehollar@mslawgroup.com |
| DAWN N. ISON | |
| United States Attorney | |
| KEVIN R. ERSKINE | DAVID W. WARREN |
| Assistant United States Attorney | EMILY R. WARREN |
| 211 W. Fort Street, Suite 2001 | Joelson Rosenberg, PLC |
| Detroit, MI 48226 | 30665 Northwestern Hwy, Suite 200 |
| Telephone: 313-226-9610 | Farmington Hills, MI 48334 |
| Email: kevin.erskine@usdoj.gov | Telephone: 248-855-2233 |
| | Facsimile: 248-855-2388 |
| *Attorneys for Plaintiff Federal Trade Commission* | Email: dwarren@jrlawplc.com, ewarren@jrlawplc.com |
| | *Attorneys for Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, and Christopher Toloff and Relief Defendant Gayle Toloff* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2024, a true and correct copy of **STIPULATED MOTION TO STAY CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS VR-TECH MGT, LLC, CM RENT INC., STATEWIDE COMMERCIAL LENDING LLC, MICHAEL TOLOFF, AND CHRISTOPHER TOLOFF AND RELIEF DEFENDANT GAYLE TOLOFF** was filed electronically with the United States District Court for the Eastern District of Michigan using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                         */s/Gregory A. Ashe*
                                         Attorney for Plaintiff Federal Trade Commission