UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**FINANCIAL EDUCATION SERVICES, INC.**, *et al.*,

    Defendants.

Case No. 22-cv-11120
Hon. Matthew F. Leitman

---

### ORDER STAYING CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS VR-TECH MGT, LLC, CM RENT INC., STATEWIDE COMMERCIAL LENDING LLC, MICHAEL TOLOFF, AND CHRISTOPHER TOLOFF AND RELIEF DEFENDANT GAYLE TOLOFF

This cause is before the Court on the stipulated motion of the Plaintiff Federal Trade Commission ("FTC") and Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, and Christopher Toloff and Relief Defendant Gayle Toloff ("Toloff Defendants") to stay all deadlines in this case for 120 days so that the FTC can consider final settlement agreements in this matter with the Toloff Defendants.  The Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested stay.  Accordingly,

    **IT IS HEREBY ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines in this case that relate to the FTC and the Toloff Defendants shall be continued for 120 days from the date hereof, including all deadlines set forth in the Scheduling Order entered on April 22, 2024 (ECF No. 164).

**IT IS FURTHER ORDERED** that this stay shall not apply to any of the other defendants. The case and litigation shall continue, an all deadlines remain unaffected, as to Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, LK Commercial Lending LLC, Parimal Naik, and Gerald Thompson.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2024