UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FEDERAL TRADE COMMISSION**,

      Plaintiff,

v.

**FINANCIAL EDUCATION SERVICES, INC.**, *et al.*,

      Defendants.

Case No. 22-cv-11120
Hon. Matthew F. Leitman

## ORDER STAYING CASE FOR 120 DAYS TO CONSIDER FINAL SETTLEMENT AGREEMENT AS TO DEFENDANTS FINANCIAL EDUCATION SERVICES, INC., UNITED WEALTH SERVICES, INC., VR-TECH, LLC, YOUTH FINANCIAL LITERACY FOUNDATION, LK COMMERCIAL LENDING LLC, AND PARIMAL NAIK

This cause is before the Court on the stipulated motion of the Plaintiff Federal Trade Commission ("FTC") and Defendants Financial Education Services, Inc., United Wealth Services, Inc., VR-Tech, LLC, Youth Financial Literacy Foundation, LK Commercial Lending LLC, and Parimal Naik ("FES Defendants") to stay all deadlines in this case for 120 days so that the FTC can consider final settlement agreements in this matter with the FES Defendants. The Court previously entered a similar stay with respect to Defendants VR-Tech MGT, LLC, CM Rent Inc., Statewide Commercial Lending LLC, Michael Toloff, and Christopher Toloff and Relief Defendant Gayle Toloff. (ECF No. 166.) The Court having considered the

pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested stay. Accordingly, it is hereby

**ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines in this case that relate to the FTC and the FES Defendants shall be continued for 120 days from the date hereof, including all deadlines set forth in the Scheduling Order entered on April 22, 2024. (ECF No. 164.)

**IT IS FURTHER ORDERED** that this stay shall not apply to Defendant Gerald Thompson. The case and litigation shall continue, an all deadlines remain unaffected, as to Defendant Gerald Thompson.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126