UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**FINANCIAL EDUCATION SERVICES, INC.**, *et al.*,

    Defendants.

Case No. 22-cv-11120
Hon. Matthew F. Leitman

---

**ORDER STAYING CASE FOR 120 DAYS TO CONSIDER
FINAL SETTLEMENT AGREEMENT AS TO
<u>DEFENDANT GERALD THOMPSON</u>**

    This cause is before the Court on the stipulated motion of the Plaintiff Federal Trade Commission ("FTC") and Defendant Gerald Thompson to stay all deadlines in this case for 120 days so that the FTC can consider final settlement agreements in this matter with Defendant Thompson.  The Court previously entered a similar stay with respect to all of the other Defendants.  (ECF Nos. 166, 170.)  The Court having considered the pleadings and other filings and being fully advised in the premises finds good cause exists to grant the requested stay.  Accordingly,

    **IT IS HEREBY ORDERED** that the stipulated motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all deadlines in this case that relate to the FTC and Defendant Thompson shall be continued for 120 days from the date hereof, including all deadlines set forth in the Scheduling Order entered on April 22, 2024. (ECF No. 164.)

**IT IS SO ORDERED**.

          s/Matthew F. Leitman
          MATTHEW F. LEITMAN
          UNITED STATES DISTRICT JUDGE

Dated: May 30, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 30, 2024, by electronic means and/or ordinary mail.

          s/Holly A. Ryan
          Case Manager
          (313) 234-5126