# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**FINANCIAL EDUCATION SERVICES, INC.**, *et al.*,

Defendants.

Case No. 2:22-cv-11120

Hon. Matthew F. Leitman

## DECLARATION OF PATRICK A. MILES, JR. IN SUPPORT OF UNOPPOSED MOTION FOR ORDER APPROVING AND AUTHORIZING PAYMENT OF MONITOR'S FEES AND PROFESSIONAL'S FEES AND COSTS FOR THE TWELFTH APPLICATION PERIOD

I, Patrick A. Miles, Jr., declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts of the State of Michigan and the United States District Court for the Eastern District of Michigan. I am currently a partner in the firm of Barnes & Thornburg LLP ("Barnes & Thornburg"). I am the former United States Attorney for the Western District of Michigan, serving in that role from July 2012 to January 2017 by appointment of President Barack Obama.

1

2.     I have personal knowledge of the matters set forth in this declaration, and if I were called upon to testify as to these matters I could and would competently testify thereto.

3.     I was appointed as temporary receiver ("Receiver") in this action under the Court's Temporary Restraining Order ("TRO") entered on May 24, 2022. Under the TRO, I became the temporary receiver over the "Receivership Entities," defined under the TRO to include the Corporate Defendants "as well as any other entity that has conducted any business related to Defendants' credit repair services or investment opportunity, including receipt of Assets derived from any activity that is the subject of the Complaint in this matter, and that the Receiver determines is controlled or owned by any Defendant."

4.     On July 18, 2022, the Court entered an Order Denying Motion for Preliminary Injunction, Vacating Temporary Restraining Order, Terminating Asset Freeze, and Converting Receivership to Monitorship (the "Monitorship Order"). Under the Monitorship Order, I was appointed as a Monitor for the Monitored Entities, as that term is defined in the Monitorship Order ("Monitor").

5.     I submit this declaration in support of the Monitor's Motion for Order Approving and Authorizing Payment of Monitor's and Professional's Fees and Costs for the Twelfth Application Period (the "Motion"). The Motion seeks payment of the fees and costs incurred by me and my team at Barnes & Thornburg LLP, from

2

November 2024 through April 2025. Furthermore, the Motion seeks the payment of the fees and costs incurred by Riveron, the Monitor's financial advisor, from November 2024 through March 2025. The period from November 2024 through April 2025 is referred to herein as the "Reporting Period."

6.     As set forth in the detailed billing records attached as **Exhibit 1**, during the Reporting Period the Monitor's team from Barnes & Thornburg and I incurred fees and costs in the amount of: (i) $1,532.00 from November 1, 2024 through November 30, 2024; (ii) $1,148.00 from December, 2024 through December 31, 2024; (iii) $18,366.64 from January 1, 2025 through January 31, 2025; (iv) $61,374.55 from February 1, 2025 through February 28, 2025; and (v) $38,800.23 from March 1, 2025 through April 30, 2025. Furthermore, Mr. Miles, as Receiver, incurred fees in the amount of $1,524.00 from August 13, 2024 to September 6, 2024. (*See* Invoice 3322338).

7.     All of the billing records submitted by Barnes Thornburg and me itemize and detail the hours spent and the work performed by myself, and those attorneys and paralegals rendering services on this matter.

Additionally, as set forth in the detailed billing records attached as **Exhibit 2**, during the Reporting Period the Monitor team's financial advisors from Riveron incurred fees and costs for professional services in the amount of: (i) $3,780.00 from November 1, 2025 through November 30, 2025; (ii) $2,835.00 from December 1,

2024 through December 31, 2024; (iii) $8,032.50 from January 1, 2025 to January 31, 2025; (iv) $10,366.04 from February 1, 2025 through February 28, 2025; and (v) $10,158.75 from March 1, 2025 through March 31, 2025.

8.      During the Reporting Period, with assistance from the Monitor's team from Barnes & Thornburg and advisors at Riveron, we continued to monitor the Corporate Defendants' compliance with the Monitor Order and applicable laws pursuant to the Monitorship Order. During this time, I and my team conducted the following activities: continued review of business, operational and financial related documentation; preparation for, attendance, and observance of additional company events and presentations; review and analysis of company compliance documentation; continued interactions with company representatives concerning, among other things, compliance and financial related matters; and continued preparations for the Monitor's reporting to the Court on the Monitored Entities' activities.

9.      As a partner at Barnes & Thornburg, I am familiar with the methods and procedures used to create, record and maintain billing records for the clients of the firm. The billing summaries attached hereto as Exhibit 1 are prepared from computerized time records prepared contemporaneously with the services rendered by each attorney and paralegal billing time to the matter. These computerized records are prepared in the ordinary course of business by the attorneys and

paralegals employed by the firm who have a business duty to accurately record their time spent and services rendered on the matters on which they perform work. The time records are transferred into computerized billing programs that generate monthly invoices under the supervision of the accounting department of the firm. Based upon my experience with Barnes & Thornburg, I believe the methods and procedures for recording and accounting for time and services for the clients of Barnes & Thornburg are reliable and accurate.

10.     The fees charged by Barnes & Thornburg on this matter reflect a discounted rate below the standard hourly billing rates charged by the firm in 2022 for lawyers and paralegals who worked on this matter.

11.     As set forth in Riveron's detailed billing records attached as Exhibit 2, Riveron conducted extensive services at my direction in order to assist in the ongoing monitoring of the Corporate Defendants and their business operations.

12.     Additional services performed by Riveron are set forth in detail on the billing records attached as Exhibit 2.

13.     I have more than 30 years' experience as a business and commercial attorney and as a United States Attorney. Based on my experience, the rates charged by the Monitor and Monitor's team for the services rendered are reasonable and appropriate considering the nature and scope of the services rendered, the quality of services provided, the complexity of this monitorship and issues involved, and other

factors and circumstances. This is particularly true given the number of business entities at issue, the interplay between those business entities and their operations.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 15, 2025.

_/s/ Patrick A. Miles, Jr._
PATRICK A. MILES, JR.

# Exhibit 1

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3322338

PATRICK MILES AS FEDERAL EQUITY RECEIVER
BARNES & THORNBURG, LLP
171 MONROE AVENUE NW, STE 1000
GRAND RAPIDS, MI 49503

October 15, 2024
Patrick Miles, Jr
00091879-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 1,524.00 |
| Other Charges | $ | 0.00 |
| **Total This Invoice** | **$** | **1,524.00** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

**BARNES** & **THORNBURG** LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930


PATRICK MILES AS FEDERAL EQUITY RECEIVER                    Invoice  3322338
BARNES & THORNBURG, LLP                                                                    Page 2
171 MONROE AVENUE NW, STE 1000                              October 15, 2024
GRAND RAPIDS, MI 49503                                      Patrick Miles, Jr
                                                            00091879-00000001


PAYABLE UPON RECEIPT

---

**00091879-00000001**

**RECEIVERSHIP OF FINANCIAL EDUCATION
SERVICES, ET AL.**

　　For legal services rendered in connection with the above matter for the period ending
September 30, 2024 as described on the attached detail.


| | | |
|---|---|---:|
| Fees for Services | $ | 1,524.00 |
| **Total This Invoice** | **$** | **1,524.00** |

00091879-00000001   PATRICK MILES AS FEDERAL EQUITY RECEIVER                    Page 3

RECEIVERSHIP OF FINANCIAL EDUCATION
SERVICES, ET AL.

**Summary of Invoice**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/13/24 | Patrick Miles, Jr | Review Order regarding receivership. Attention to email from FTC Attorney Greg Ashe regarding Mike Toloff personal property, VR TECH MGT LLC, and Credit My Rent accounts receivership. Attention to bank accounts and file information regarding same. Prepare and send email to Mike Dery regarding same. | 0.90 |
| 08/14/24 | Patrick Miles, Jr | Work on Toloff and CM Rent receivership. Review Order. Attention to emails from and to Mike Dery regarding same and bank accounts. Prepare bank authorization letter. Email same. | 0.70 |
| 08/20/24 | Patrick Miles, Jr | Review file and Order. Prepare and send email to counsel regarding Toloff personal property. Attention to response email from Attorney Lisa Messner. | 0.30 |
| 09/05/24 | Patrick Miles, Jr | Attention to email from Michael Dery regarding Michael Toloff deadline for cash or property transfer. Prepare and send email to FTC Attorney Greg Ashe regarding same. | 0.20 |
| 09/06/24 | Patrick Miles, Jr | Attention to email from Michael Dery and review Receiver Order and schedule. Attention to emails with FTC Attorney Greg Ashe regarding receivership. | 0.30 |

Fees for Services                                                    $    1,524.00

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3322338

PATRICK MILES AS FEDERAL EQUITY RECEIVER
BARNES & THORNBURG, LLP
171 MONROE AVENUE NW, STE 1000
GRAND RAPIDS, MI 49503

October 15, 2024
Patrick Miles, Jr
00091879-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 1,524.00 |
| Other Charges | $ | 0.00 |
| **Total This Invoice** | **$** | **1,524.00** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3349746

December 12, 2024
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 1,310.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,532.00** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

## BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION
SERVICES ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice 3349746
Page 2
December 12, 2024
Patrick Miles, Jr
00092319-00000001

PAYABLE UPON RECEIPT

**00092319-00000001**

**MONITORSHIP**

For legal services rendered in connection with the above matter for the period ending November 30, 2024 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 1,310.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,532.00** |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION          Page 3
                                SERVICES ET AL.

                                MONITORSHIP

**Summary of Invoice**

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/04/24 | Patrick Miles, Jr | Attention to messages with Mike Dery. [.10] Attention to email from Sean Scullen and review weekly compliance list. [.20] | 0.30 |
| 11/05/24 | David Hall | Review of weekly compliance report. Call with Pat Miles re open issues. | 0.50 |
| 11/05/24 | Patrick Miles, Jr | Prepare for and video conference with David Hall regarding monitorship workstreams. | 0.30 |
| 11/12/24 | David Hall | Review of compliance report | 0.10 |
| 11/12/24 | Patrick Miles, Jr | Review email from Sean Scullen and weekly compliance report. | 0.20 |
| 11/18/24 | David Hall | Review of compliance report | 0.10 |
| 11/18/24 | Patrick Miles, Jr | Attention to email from Sue Griffin regarding annual convention. Review email and weekly compliance report from Sean Scullen. | 0.30 |
| 11/19/24 | David Hall | Call with Pat Miles and Mike Dery | 0.20 |
| 11/19/24 | Patrick Miles, Jr | Prepare for and video conference with David Hall and Mike Dery regarding workstreams, planning, and status. | 0.30 |
| 11/26/24 | Sydney Imes | Reviewed invoices and conferred internally regarding motion to reimburse monitor's fees. (no charge) | 0.10 |

Fees for Services                                          $    1,310.00

  Other Charges:

                Everlaw Inc - Professional Services; Suspended        222.00
                Status - eDiscovery Hosting Services
                Subscription Fees

                                                  $     222.00

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3349746

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

December 12, 2024
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 1,310.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,532.00** |

REMITTANCE

---

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3358875

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.                                                     January 06, 2025
BARNES & THORNBURG LLP                        Patrick Miles, Jr
171 MONROE AVENUE, N.W.                        00092319-00000001
GRAND RAPIDS, MI 49503

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 926.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,148.00** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

**BARNES** & **THORNBURG** LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION
SERVICES ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3358875

Page 2

January 06, 2025
Patrick Miles, Jr
00092319-00000001

PAYABLE UPON RECEIPT

**00092319-00000001**

**MONITORSHIP**

   For legal services rendered in connection with the above matter for the period ending
December 31, 2024 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 926.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,148.00** |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION                    Page 3
                     SERVICES ET AL.

                     MONITORSHIP

**Summary of Invoice**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/02/24 | Patrick Miles, Jr | Review email from Sean Scullen and weekly compliance report. | 0.20 |
| 12/03/24 | David Hall | Review of weekly compliance report | 0.10 |
| 12/03/24 | Sydney Imes | Conferred internally and with opposing counsel regarding invoices and related motion for fees. (no charge, client courtesy) | 0.20 |
| 12/04/24 | Sydney Imes | Drafted motion for order approving fees, proposed order, and related declaration. (no charge, client courtesy) | 0.60 |
| 12/05/24 | Sydney Imes | Edited motion for fees and conferred internally regarding same. (no charge, client courtesy) | 0.20 |
| 12/09/24 | Patrick Miles, Jr | Schedule 2025 Monitor Team meetings. | 0.20 |
| 12/10/24 | David Hall | Call with Pat Miles and Mike Dery | 0.30 |
| 12/10/24 | Patrick Miles, Jr | Prepare for and video conference with David Hall and Mike Dery regarding work streams. | 0.40 |
| 12/13/24 | Patrick Miles, Jr | Review email and compliance report from Sean Scullen. | 0.20 |
| 12/18/24 | Patrick Miles, Jr | Review email and compliance report from Sean Scullen. | 0.10 |
| 12/31/24 | Patrick Miles, Jr | Attention to email and compliance report from Sean Scullen. | 0.10 |

Fees for Services                                                    $    926.00

 Other Charges:

        Everlaw Inc - Professional Services; Suspended        222.00
        Status - eDiscovery Hosting Services
        Subscription Fees

                                                              $    222.00

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3358875

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.                                                        January 06, 2025
BARNES & THORNBURG LLP                        Patrick Miles, Jr
171 MONROE AVENUE, N.W.                       00092319-00000001
GRAND RAPIDS, MI 49503

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 926.00 |
| Other Charges | $ | 222.00 |
| **Total This Invoice** | **$** | **1,148.00** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3375518

February 14, 2025
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 18,077.50 |
| Other Charges | $ | 289.14 |
| **Total This Invoice** | **$** | **18,366.64** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH            ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930


MONITORSHIP OF FINANCIAL EDUCATION
SERVICES ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3375518
                                                        Page 2
February 14, 2025
Patrick Miles, Jr
00092319-00000001


PAYABLE UPON RECEIPT

**00092319-00000001**

**MONITORSHIP**

   For legal services rendered in connection with the above matter for the period ending January 31, 2025 as described on the attached detail.


| | | |
|---|---|---|
| Fees for Services | $ | 18,077.50 |
| Other Charges | $ | 289.14 |
| **Total This Invoice** | **$** | **18,366.64** |

00092319-00000001   MONITORSHIP OF FINANCIAL EDUCATION                    Page 3
                    SERVICES ET AL.

                    MONITORSHIP

**Summary of Invoice**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/03/25 | Patrick Miles, Jr | Attention to email from MIke Dery. | 0.10 |
| 01/06/25 | David Hall | Review of compliance reports | 0.10 |
| 01/06/25 | Patrick Miles, Jr | Attention to emails from David Hall and to Sue Griffin. | 0.20 |
| 01/07/25 | David Hall | Call with Mike Dery and Pat Miles.  Review of weekly compliance report.  Coordinate attendance for national convention. | 0.80 |
| 01/07/25 | Patrick Miles, Jr | Prepare for and video conference with David Hall and Mike Dery regarding workstreams. [.30] Attention to emails with Sue Griffin. [.20] Attention to email from Sean Scullen and review weekly compliance report. [.10] Emails regarding annual convention and email with Sydney Imes regarding same. [.30] | 0.90 |
| 01/08/25 | Patrick Miles, Jr | Attention to emails with Mike Dery and Sydney Imes regarding annual convention. | 0.20 |
| 01/09/25 | Patrick Miles, Jr | Attention to email from Sue Griffin and scheduling meeting with Parimal Naik. | 0.10 |
| 01/15/25 | Patrick Miles, Jr | Review email from Sean Scullen and weekly compliance report. | 0.10 |
| 01/21/25 | David Hall | Call with company officials (Parimal Naik, Sue Griffin, Mike Curry), Pat Miles, Mike Dery re various items in advance of national convention.  Follow up call with Mike Dery re deadlines in settlement order. | 1.50 |
| 01/21/25 | Patrick Miles, Jr | Attention to emails with Sue Griffin. [.20] Exchange messages with David Hall. [.10] Review and send Convention agenda to Sydney Imes. [.10] Prepare for and video conference with Parimal Naik, Michael Curry, Rohil Ratanpura, Sue Griffin, David Hall, and Mike Dery. [1.20] | 1.60 |
| 01/22/25 | David Hall | Review of weekly compliance report.  Review of status of settlement delivery matters and correspondence with Miles re same. | 0.20 |
| 01/23/25 | Patrick Miles, Jr | Review email from Sean Scullen and weekly compliance report. [.20] Prepare and send email to Monitor Team. [.20] Attention to email from Sean Scullen. [.10] | 0.50 |
| 01/31/25 | David Hall | Travel from Grand Rapids to Orlando. Attend leader reception. | 8.30 |
| 01/31/25 | Sydney Imes | Traveled to Orlando National Conference from California. | 10.60 |

00092319-00000001     MONITORSHIP OF FINANCIAL EDUCATION            Page 4
                              SERVICES ET AL.

MONITORSHIP

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | Took notes and reviewed prior case information. | |
| 01/31/25 | Patrick Miles, Jr | Travel to Orlando, Florida. [6.1] Attend Leader reception. [2.5] | 8.60 |

Fees for Services                                             $    18,077.50

Other Charges:

| | | |
|---|---|---|
| 168-Pacer Court Filing System Charges 12/01/2024 - 12/31/2024 | 2.30 | |
| Everlaw Inc - Professional Services; Suspended Status - eDiscovery Hosting Services Subscription Fees | 222.00 | |
| David Hall - David Hall - Taxi/Car Service - Travel from MCO to Sheraton Orlando for FES Monitorship UWE Convention 2025 - 01/31/2025 | 64.84 | |
| | $ | 289.14 |

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3375518

February 14, 2025
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 18,077.50 |
| Other Charges | $ | 289.14 |
| **Total This Invoice** | **$** | **18,366.64** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH         ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3388939

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.                                                    March 17, 2025
BARNES & THORNBURG LLP                     Patrick Miles, Jr
171 MONROE AVENUE, N.W.                     00092319-00000001
GRAND RAPIDS, MI 49503

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 56,823.50 |
| Other Charges | $ | 4,551.05 |
| **Total This Invoice** | **$** | **61,374.55** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

**BARNES** & **THORNBURG** LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION
SERVICES ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3388939
                                                        Page 2
March 17, 2025
Patrick Miles, Jr
00092319-00000001

PAYABLE UPON RECEIPT

**00092319-00000001**

**MONITORSHIP**

   For legal services rendered in connection with the above matter for the period ending February 28, 2025 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 56,823.50 |
| Other Charges | $ | 4,551.05 |
| **Total This Invoice** | **$** | **61,374.55** |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION                 Page 3
                     SERVICES ET AL.

                     MONITORSHIP

**Summary of Invoice**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/01/25 | David Hall | Attend company national convention. | 6.50 |
| 02/01/25 | Sydney Imes | Prepared for and attended UWE national conference; took detailed notes of each presentation, noting possible compliance issues. | 6.40 |
| 02/01/25 | Patrick Miles, Jr | Attend UWE/YFL Annual Convention [5.5] and talk with Company agents, legal counsel, and Monitor Team members [2.1]. | 7.60 |
| 02/02/25 | David Hall | Attend national convention | 6.00 |
| 02/02/25 | Sydney Imes | Prepared for and attended the second day of the UWE national conference and took detailed notes for upcoming monitorship report and flagged any possible compliance issues. | 8.40 |
| 02/02/25 | Patrick Miles, Jr | Confer with Parimal Naik. [.3] Prepare for and attend UWE/YFL Annual Convention. [8.4] Communications with Sydney Imes regarding meetings. [.3] | 9.00 |
| 02/03/25 | David Hall | Travel from Orlando to Grand Rapids re National Convention | 7.10 |
| 02/03/25 | Sydney Imes | Traveled back from UWE conference in Orlando to Grand Rapids. | 9.60 |
| 02/03/25 | Patrick Miles, Jr | Travel from Annual Convention in Orlando, FL through Detroit, Michigan with delays. | 8.90 |
| 02/04/25 | David Hall | Call with Pat Miles and Mike Dery re convention recap and related matters, report drafting | 0.70 |
| 02/04/25 | Patrick Miles, Jr | Continue travel from Annual Convention to Grand Rapids after delays. [2.5] Send email to Monitor Team. [.10] Prepare for and video conference with Monitor Team regarding Convention and work streams. [.8] | 3.40 |
| 02/06/25 | Patrick Miles, Jr | Review, proof, edit, and upload notes from 2025 Annual Convention and 2023-24 conventions, meetings, and interviews. | 0.90 |
| 02/07/25 | Patrick Miles, Jr | Review file, notes, documents, and emails and begin preparation of Fifth Report of Monitor. | 1.50 |
| 02/10/25 | Patrick Miles, Jr | Review notes, documents, and prior Monitor Reports for Fifth Report of Monitor, | 1.10 |
| 02/11/25 | David Hall | Review of weekly compliance report | 0.10 |

00092319-00000001     MONITORSHIP OF FINANCIAL EDUCATION            Page 4
                      SERVICES ET AL.

                              MONITORSHIP

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/11/25 | Patrick Miles, Jr | Review email and compliance report from Sean Scullen. Review past reports. | 0.20 |
| 02/18/25 | Patrick Miles, Jr | Prepare for and video conference with David Hall regarding Fifth Report and work streams. [.20] Attention to messages with Mike Dery. [.10] | 0.30 |
| 02/20/25 | Patrick Miles, Jr | Prepare Fifth Monitor Report. | 1.30 |
| 02/21/25 | Patrick Miles, Jr | Continue review of file and preparation of Fifth Written Report of Monitor. | 3.20 |
| 02/24/25 | Patrick Miles, Jr | Review file, notes, documents, emails, prior reports, and prepare Fifth Report. | 4.20 |
| 02/25/25 | David Hall | Conference with Pat Miles re monitor report | 0.40 |
| 02/25/25 | Patrick Miles, Jr | Prepare for and video conference with Mike Dery regarding Fifth Report and work streams. [.3] Confer with David Hall regarding same. [.3] Review Stipulated Order, notes, documents, and file and continue preparation of Fifth Report. | 4.70 |
| 02/26/25 | Patrick Miles, Jr | Prepare and send information request to Sue Griffin, Sean Scullen, and Parimal Naik. [.3] Review email from Sean Scullen and compliance report. [.2] Review email from Sue Griffin. [.10] Continue preparation of Fifth Report. [3.3] | 3.90 |
| 02/27/25 | Patrick Miles, Jr | Continue research, review, and preparation of Fifth Written Report of Monitor. | 4.70 |
| 02/28/25 | Patrick Miles, Jr | Continue preparation of Fifth Monitor Report and send email of same to David Hall and Mike Dery. | 2.80 |

Fees for Services                                          $     56,823.50

 Other Charges:

| | | |
|---|---|---|
| American Express - Travel Charges American Express - MILES/PATRICK ALLEN JR - Fee - GRR DCA MCO - INVC80898 | 28.00 | |
| American Express - Airfare American Express - MILES/PATRICK ALLEN JR - MCO GRR - 2/3/2025 - 2/3/2025 - INV80899 | 459.18 | |
| American Express - Travel Charges American Express - HALL/DAVID - Fee - GRR MCO GRR - INV81045 | 48.00 | |
| American Express - American Express - | 1,068.37 | |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION                          Page 5
                     SERVICES ET AL.

                     MONITORSHIP

HALL/DAVID - GRR MCO GRR - 1/31/2025 -
2/3/2025 - INV81045

| | |
|---|---:|
| American Express - Airfare American Express - MILES/PATRICK ALLEN JR - GRR DCA MCO - 1/29/2025 - 1/31/2025 - INVC80898 | -60.19 |
| American Express - American Express - IMES/SYDNEY - SNA MCO - 1/31/2025 - 1/31/2025 - INV83841 | 32.99 |
| American Express - American Express - IMES/SYDNEY - SNA MCO - 1/31/2025 - 1/31/2025 - INV83841 | 753.37 |
| American Express - American Express - IMES/SYDNEY - SNA MCO GRR - 1/31/2025 - 2/3/2025 - INV84209 | 39.99 |
| American Express - American Express - IMES/SYDNEY - SNA MCO GRR - 1/31/2025 - 2/3/2025 - INV84209 | 139.62 |
| Sydney Imes - Sydney Imes - Taxi/Car Service - Lyft ride - Orlando trip - conference for compliance - 01/31/2025 | 38.66 |
| Sydney Imes - Sydney Imes - Taxi/Car Service - Uber ride - Orlando trip - conference for compliance - 02/04/2025 | 24.07 |
| Sydney Imes - Sydney Imes - Taxi/Car Service - Uber ride - Orlando trip - conference for compliance - 02/03/2025 | 58.57 |
| Sydney Imes - Sydney Imes - Meals Other - Snack - Orlando trip - conference for compliance - Sydney Imes - 02/03/2025 | 13.23 |
| Sydney Imes - Sydney Imes - Lodging - Hotel - Sheraton Hotel Orlando North - Orlando trip - conference for compliance - 01/31/2025 - 02/04/2025 | 687.25 |
| Patrick Miles, Jr - Patrick Miles, Jr - Car Rental Fuel - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - 02/03/2025 | 12.77 |
| Patrick Miles, Jr - Patrick Miles, Jr - Taxi/Car Service - taxi for meetings - 01/31/2025 | 21.27 |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION                    Page 6
                     SERVICES ET AL.

                     MONITORSHIP

| | |
|---|---:|
| Patrick Miles, Jr - Patrick Miles, Jr - Parking - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - 02/04/2025 | 86.40 |
| Patrick Miles, Jr - Patrick Miles, Jr - Taxi/Car Service - travel to airport - 02/04/2025 | 13.53 |
| David Hall - David Hall - Parking - Airport parking for UWE Conference in Orlando, FL - 02/03/2025 | 92.00 |
| Patrick Miles, Jr - Patrick Miles, Jr - Car Rental - car rental for meetings - 02/03/2025 | 168.65 |
| Patrick Miles, Jr - Patrick Miles, Jr - Meals Other - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles - 02/03/2025 | 12.48 |
| Patrick Miles, Jr - Patrick Miles, Jr - Lunch - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles,Sydney Imes - 02/02/2025 | 57.00 |
| Patrick Miles, Jr - Patrick Miles, Jr - Lunch - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles - 02/03/2025 | 26.87 |
| Patrick Miles, Jr - Patrick Miles, Jr - Lunch - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles - 01/31/2025 | 25.30 |
| Patrick Miles, Jr - Patrick Miles, Jr - Breakfast - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles - 02/03/2025 | 29.50 |
| Patrick Miles, Jr - Patrick Miles, Jr - Breakfast - MONITORSHIP OF FINANCIAL EDUCATION SERVICES MEETINGS - Patrick Miles,Sydney Imes - 02/01/2025 | 56.66 |
| Patrick Miles, Jr - Patrick Miles, Jr - - Meals- Lobbying - food for meetings | 26.50 |
| David Hall - David Hall - Lodging - Hotel Stay at Sheraton Orlando North for UWE Conference in Orlando, FL - 01/31/2025 - 02/02/2025 | 369.01 |

00092319-00000001   MONITORSHIP OF FINANCIAL EDUCATION                     Page 7
                    SERVICES ET AL.

                    MONITORSHIP

          Everlaw Inc - Professional Services; Suspended         222.00
          Status - eDiscovery Hosting Services
          Subscription Fees

                                                          $      4,551.05

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

Invoice  3388939

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.                                                    March 17, 2025
BARNES & THORNBURG LLP                                    Patrick Miles, Jr
171 MONROE AVENUE, N.W.                                   00092319-00000001
GRAND RAPIDS, MI 49503

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 56,823.50 |
| Other Charges | $ | 4,551.05 |
| **Total This Invoice** | **$** | **61,374.55** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH            ABA #042000314 for Wires

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3415707

May 15, 2025
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---|
| Fees for Services | $ | 37,723.50 |
| Other Charges | $ | 1,076.73 |
| **Total This Invoice** | **$** | **38,800.23** |

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH          ABA #042000314 for Wires

**BARNES** & **THORNBURG** LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION
SERVICES ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3415707

Page 2

May 15, 2025
Patrick Miles, Jr
00092319-00000001

PAYABLE UPON RECEIPT

**00092319-00000001**

**MONITORSHIP**

For legal services rendered in connection with the above matter for the period ending April 30, 2025 as described on the attached detail.

| | | |
|---|---|---|
| Fees for Services | $ | 37,723.50 |
| Other Charges | $ | 1,076.73 |
| **Total This Invoice** | **$** | **38,800.23** |

00092319-00000001   MONITORSHIP OF FINANCIAL EDUCATION                Page 3
                    SERVICES ET AL.

                    MONITORSHIP

**Summary of Invoice**

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/03/25 | Patrick Miles, Jr | Continue review of file and documents and preparation of Fifth Monitor Report. | 2.10 |
| 03/05/25 | David Hall | Review of monitor report. | 0.80 |
| 03/05/25 | Patrick Miles, Jr | Review email and attached documents (Response to FTC Stipulated Order, agent testing numbers) from Sue Griffin in response to request for information. | 0.40 |
| 03/06/25 | David Hall | Review, edit and drafting monitor report.  Review and analyze various materials submitted by company to monitor team in connection with monitor report. | 3.90 |
| 03/06/25 | Patrick Miles, Jr | Review FES documents including Protection Plan on website, Better Business Bureau complaints and responses, and Responses to FTC Stipulated Order. | 0.50 |
| 03/07/25 | David Hall | Attention to monitor report. | 3.50 |
| 03/07/25 | Patrick Miles, Jr | Attention to email from Mike Dery with revisions to Fifth Report. [.40] Review email from Sean Scullen and compliance report. [.20] Prepare for and telephone conference with David Hall regarding FES compliance and policies. [.40] | 1.00 |
| 03/10/25 | David Hall | Attention to monitor report | 2.20 |
| 03/10/25 | Patrick Miles, Jr | Review responses to FTC Stipulated Order and Stipulated Order. | 0.80 |
| 03/11/25 | David Hall | Drafting monitor report. | 4.80 |
| 03/11/25 | Patrick Miles, Jr | Prepare and send message to Monitor Team regarding notes from Convention. [.20] Review, proof, edit, and upload notes from regional and national conventions. [.40] Review notes from Mike Dery. [.20] Continue review of file, prior Monitor reports, Company documents, and preparation of Fifth Report. [2.1] | 2.90 |
| 03/12/25 | David Hall | Drafting monitor report. | 3.90 |
| 03/12/25 | Patrick Miles, Jr | Review documents from Company, including Better Business Bureau complaints and resolutions, and Responses to FTC Stipulated Order. [.30] Continue preparation, revision, proof, and edit Fifth Report. [3.2] Send email with draft Report to David Hall and Mike Dery with comments and questions. [.1] | 3.60 |
| 03/13/25 | David Hall | Finalize review, edit and draft of monitor report | 3.70 |

00092319-00000001  MONITORSHIP OF FINANCIAL EDUCATION                Page 4
                   SERVICES ET AL.

                            MONITORSHIP

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/13/25 | Patrick Miles, Jr | Review email from David Hall and revisions to Monitor Report. [.60] Review compliance reports and repeat offender chart. [.40] Prepare and send email to Sue Griffin. [.10] Attention to email from Sue Griffin. [.10] | 1.20 |
| 03/17/25 | David Hall | Collecting exhibits for monitor report | 0.30 |
| 03/17/25 | Patrick Miles, Jr | Continue revising Fifth Report and sections from Monitor Team members. | 1.10 |
| 03/18/25 | David Hall | Call with Pat Miles and Mike Dery.  Follow up actions regarding monitor report. | 1.60 |
| 03/18/25 | Patrick Miles, Jr | Continue revising, proofing, and editing Fifth Monitor Report. [2.8] Attention to email from David Hall. [.10] Prepare and send email to Sean Scullen and Sue Griffin with questions and repeat offender table. [.30] | 3.20 |
| 03/19/25 | David Hall | Attention to monitor report. | 0.20 |
| 03/21/25 | David Hall | Call with Pat Miles re monitor report issue. Review company response re diligence inquiries and related matters.  Analysis of same and provide to Pat Miles. | 1.30 |
| 03/21/25 | Patrick Miles, Jr | Confer with David Hall regarding Fifth Monitor Report. [.3] Attention to email from Sue Griffin regarding compliance reports and violations. [.2] Email same to David Hall. [.10] | 0.60 |
| 03/24/25 | David Hall | Review of compliance report. | 0.10 |
| 03/24/25 | Patrick Miles, Jr | Attention to email and weekly compliance report from Sean Scullen. | 0.20 |
| 03/25/25 | David Hall | Review and analyze edits to monitor report. | 0.20 |
| 03/25/25 | Patrick Miles, Jr | Attention to email from Mike Dery with information. [.3] Revise Fifth Report. [1.9] | 2.20 |
| 03/26/25 | Patrick Miles, Jr | Review prior Monitor reports, convention notes, documents, and prepare Fifth Report and Exhibits. [3.9] Prepare and send email to David Hall with revised Fifth Report and comments and questions. [.3] | 4.20 |
| 03/27/25 | David Hall | Review and analyze revised draft of monitor report. Analayze questions from Pat Miles.  Provide responses to same with supporting exhibits. | 1.50 |
| 03/27/25 | Patrick Miles, Jr | Research rent reporting issue. [.7] Review prior Reports, exhibits, and continue preparation of Fifth Report. [2.4] Send Report and questions/comments to David Hall. [.3] | 3.40 |
| 03/28/25 | Patrick Miles, Jr | Review Company customer contract, Protection Plan Overview, and other documents. [.5] Research Company | 3.10 |

00092319-00000001   MONITORSHIP OF FINANCIAL EDUCATION                Page 5
                     SERVICES ET AL.

                     MONITORSHIP

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | website and Facebook posts. [.4] Prepare, proof, and edit Fifth Report and Exhibits. [2.2] | |
| 03/31/25 | David Hall | Review of weekly compliance report.  Correspondence to Pat Miles re same. | 0.20 |
| 03/31/25 | David Hall | Review and make final edits to report.  Attention to exhibits. | 0.70 |
| 03/31/25 | Patrick Miles, Jr | Finalize, proof, and edit Fifth Report and Exhibits. [2.3] Attention to emails to and from David Hall regarding certain Exhibits. [.2] Coordinate filing of Report. [.3] Review email and weekly compliance report from Sean Scullen. [.2} Emails to and from team member regarding analysis of repeat offenders on compliance report. [.2] | 3.20 |
| 04/01/25 | Patrick Miles, Jr | Prepare and send email to Monitor Team regarding 5th Report. | 0.20 |
| 04/07/25 | David Hall | Review of compliance report | 0.10 |
| 04/08/25 | Patrick Miles, Jr | Review email and compliance report from Sean Scullen. | 0.10 |
| 04/15/25 | David Hall | Call with Pat Miles re strategic matters.  Attention to regional event. | 0.30 |
| 04/15/25 | Patrick Miles, Jr | Prepare for and attend video conference with Mike Dery and Anthony Sallah regarding workstreams [.30]. Confer with David Hall regarding workstreams and updates [.30]. Review email from Sue Griffin regarding regional event and agenda [.10] | 0.70 |
| 04/15/25 | Anthony Sallah | Attend meeting with Patrick Miles to discuss next steps and tasks for monitorship. | 0.50 |
| 04/16/25 | David Hall | Review compliance report and correspondence to Pat Miles re same. | 0.10 |
| 04/16/25 | Patrick Miles, Jr | Review email from Sean Scullen and compliance report [.20]. Attention to email from David Hall regarding same [.10]. Prepare and send email to Sean Scullen and Sue Griffin regarding compliance reports [.20]. | 0.50 |
| 04/18/25 | Patrick Miles, Jr | Telephone conference with FTC Attorney Anne Colosano. | 0.30 |
| 04/22/25 | Patrick Miles, Jr | Review email from Sean Scullen and weekly report. | 0.20 |
| 04/23/25 | David Hall | Call with Pat Miles re status of settlement compliance and FTC discussions. | 0.20 |
| 04/23/25 | Patrick Miles, Jr | Telephone conference with David Hall regarding compliance reporting and issues. | 0.20 |

00092319-00000001    MONITORSHIP OF FINANCIAL EDUCATION                    Page 6
                     SERVICES ET AL.

                     MONITORSHIP

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/28/25 | Patrick Miles, Jr | Review email from Sean Scullen and compliance report. | 0.10 |
| 04/29/25 | David Hall | Call with Pat Miles and Mike Dery re stratetic matters | 0.40 |
| 04/29/25 | Patrick Miles, Jr | Prepare for and video conference with David Hall and Mike Dery regarding monitorship workstreams and updates. | 0.30 |

Fees for Services                                                  $   37,723.50

  Other Charges:

| | |
|---|---|
| Airfare-Reclassify CK12282024-1 1/4/2025 to 92319-1 from 76917-1 per M. Norris - MH - American Express - MILES/PATRICK ALLEN JR - GRR DCA GRR - 1/29/2025 - 1/31/2025 - INV77541 --- New/Exchange Ticket - American Express - MILES/PATRICK ALLEN JR - GRR DCA MCO - 1/29/2025 - 1/31/2025 - INVC80898 | 597.95 |
| Everlaw Inc - Professional Services; Suspended Status - eDiscovery Hosting Services Subscription Fees | 222.00 |
| Uber - Car Rental/Car Service - R&R Admin meeting | 6.95 |
| Uber - Car Rental/Car Service - R&R Admin meeting | 27.83 |
| Everlaw Inc - Professional Services; Suspended Status - eDiscovery Hosting Services Subscription Fees | 222.00 |
| | $   1,076.73 |

# BARNES & THORNBURG LLP

171 Monroe Avenue NW, Suite 1000
Grand Rapids, MI 49503 U.S.A.
E.I.N. 35-0900596
(616) 742-3930

MONITORSHIP OF FINANCIAL EDUCATION SERVICES
ET AL.
BARNES & THORNBURG LLP
171 MONROE AVENUE, N.W.
GRAND RAPIDS, MI 49503

Invoice  3415707

May 15, 2025
Patrick Miles, Jr
00092319-00000001

## PAYABLE UPON RECEIPT

| | | |
|---|---|---:|
| Fees for Services | $ | 37,723.50 |
| Other Charges | $ | 1,076.73 |
| **Total This Invoice** | **$** | **38,800.23** |

REMITTANCE

**To remit payments by check, please return this page with remittance to:**
Barnes & Thornburg LLP, 11 South Meridian Street, Indianapolis, Indiana 46204-3535 U.S.A.

**To remit payments by ACH or Wire, send remittance advice to wireconfirmations@btlaw.com   Send payment to:**
Fifth Third Bank, Indianapolis, IN, Account Number: 7653510706 SWIFT CODE: FTBCUS3C
ABA #074908594 for ACH              ABA #042000314 for Wires

# Exhibit 2

**INVOICE**

# RIV=RON

---

**Invoice** #62742
Date: December 10, 2024
Project: Financial Advisory Services - Monitor
Project Lead(s): Dery, Michael
Payment Terms: Upon Receipt
Billing Period: Nov. 1 - Nov. 30, 2024

---

Patrick Miles
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503
United States

---

| Professional Personnel | Hours | Rate | Total |
|---|---|---|---|
| Dery, Michael | 8.3 | $450.00/hr | $3,735.00 |
| **Service** | | | **Total** |
| | | Out of Pocket Expenses | $45.00 |

| | **Total** | 8.3 | **US$3,780.00** |
|---|---|---|---|

**ACH/WIRE INSTRUCTIONS:**
Texas Capital Bank
2000 McKinney Avenue, Suite 700
Dallas, TX 75201

Riveron RTS, LLC
ABA # 111017979
Acct # 1111226146

**REMIT TO:**
Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265

| Date | Professional | Time | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 11/4/2024 | Dery, Michael | 1.8 | $ 450.00 | $ 810.00 | Review of transactions for week ending October 27, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 11/5/2024 | Dery, Michael | 0.1 | $ 450.00 | $ 45.00 | Communications with Monitor re: rescheduling. |
| 11/12/2024 | Dery, Michael | 2.1 | $ 450.00 | $ 945.00 | Review of transactions for week ending November 3, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 11/14/2024 | Dery, Michael | 0.4 | $ 450.00 | $ 180.00 | Review of Monitorship bank account balances and transactions, telephone call with A. Blanzey re: same. |
| 11/19/2024 | Dery, Michael | 1.9 | $ 450.00 | $ 855.00 | Review of transactions for week ending November 10, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 11/19/2024 | Dery, Michael | 0.1 | $ 450.00 | $ 45.00 | Follow up communications with R. Ratanpara for information agent and customer information requests. |
| 11/26/2024 | Dery, Michael | 1.9 | $ 450.00 | $ 855.00 | Review of transactions for week ending November 17, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| | | | | | |
| | | | | | |
| Out of Pocket Expenses: | | | | | |
| Cell phone charge allocation | | | | $ 45.00 | |

**INVOICE**

# Riveron

**Invoice** #68646
Date: May 08, 2025
Project: Financial Advisory Services - Monitor
Project Lead(s): Dery, Michael
Payment Terms: Upon Receipt
Billing Period: December 1 - December 31, 2024

Patrick Miles
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503
United States

| Professional Personnel | Hours | Rate | Total |
|---|---|---|---|
| Dery, Michael | 6.2 | $450.00/hr | $2,790.00 |
| **Service** | | | **Total** |
| | Out of Pocket Expenses | | $45.00 |

| | **Total** | 6.2 | **US$2,835.00** |
|---|---|---|---|

**ACH/WIRE INSTRUCTIONS:**
Texas Capital Bank
2000 McKinney Avenue, Suite 700
Dallas, TX 75201

Riveron RTS, LLC
ABA # 111017979
Acct # 1111226146

**REMIT TO:**
Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265

| Date | Professional | Time | Rate | Amount | Notes |
|------|-------------|------|------|--------|-------|
| 12/5/2024 | Dery, Michael | 3.6 | $ 450.00 | $ 1,620.00 | Review of transactions for weeks ending November 24, 2024 and December 1, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 12/9/2024 | Dery, Michael | 0.5 | $ 450.00 | $ 225.00 | Review Monitorship bank account and correspondence with team regarding same.  Review of customer and agent reporting data for May through November of 2024 provided by R. Ratanpara. |
| 12/11/2024 | Dery, Michael | 2.1 | $ 450.00 | $ 945.00 | Review of transactions for week ending December 8, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| | | | | | |
| Out of Pocket Expenses: | | | | | |
| Cell phone charge allocation | | | $ 45.00 | | |

**INVOICE**

# Riveron

**Invoice** #69450
Date: May 08, 2025
Project: Financial Advisory Services - Monitor
Project Lead(s): Dery, Michael
Payment Terms: Upon Receipt
Billing Period: January 1 - January 31, 2025

Patrick Miles
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503
United States

| Professional Personnel | Hours | Rate | Total |
|---|---|---|---|
| Dery, Michael | 17.7 | $450.00/hr | $7,965.00 |
| **Service** | | | **Total** |
| | | Out of Pocket Expenses | $67.50 |

| | Total | 17.7 | US$8,032.50 |
|---|---|---|---|

**ACH/WIRE INSTRUCTIONS:**
Texas Capital Bank
2000 McKinney Avenue, Suite 700
Dallas, TX 75201

Riveron RTS, LLC
ABA # 111017979
Acct # 1111226146

**REMIT TO:**
Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265

| Date | Professional | Time | Rate | Amount | Notes |
|------|--------------|------|------|--------|-------|
| 1/3/2025 | Dery, Michael | 0.2 | $ 450.00 | $ 90.00 | Correspondence with Monitor team re: scheduling. |
| 1/7/2025 | Dery, Michael | 0.8 | $ 450.00 | $ 360.00 | Preparation for and call with Monitor team. |
| 1/7/2025 | Dery, Michael | 3.2 | $ 450.00 | $ 1,440.00 | Review of transactions for week ending December 8, 2024 and December 15, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 1/13/2025 | Dery, Michael | 1.9 | $ 450.00 | $ 855.00 | Review of transactions for week ending December 22, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 1/21/2025 | Dery, Michael | 2.2 | $ 450.00 | $ 990.00 | Preparation for and call with Monitor team and P. Naik, S. Griffen, R. Ratanpara; follow up call with D. Hall; follow up communications with Monitor team re: upcoming amounts due per settlement agreement; follow up communications with D. Vaja. |
| 1/28/2025 | Dery, Michael | 3.4 | $ 450.00 | $ 1,530.00 | Review of agent and customer data for the period May 2024 through November 2024 provided by R. Ratanpara; review of transactions for week ending December 29, 2024; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 1/31/2025 | Dery, Michael | 6.0 | $ 450.00 | $ 2,700.00 | Annual convention in Florida, attend leadership dinner; follow up meetings with Monitor team. |
| | | | | | |
| Out of Pocket Expenses: | | | | | |
| Cell phone charge allocation | | | | $ 67.50 | |

**INVOICE**

# Riveron

---

**Invoice** #69453
Date: May 08, 2025
Project: Financial Advisory Services - Monitor
Project Lead(s): Dery, Michael
Payment Terms: Upon Receipt
Billing Period: February 1 - February 28, 2025

---

Patrick Miles
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503
United States

---

| Professional Personnel | Hours | Rate | Total |
|---|---|---|---|
| Dery, Michael | 19.3 | $450.00/hr | $8,685.00 |

| Service | | | Total |
|---|---|---|---|
| | Out of Pocket Expenses | | $1,651.04 |

| | Total | | |
|---|---|---|---|
| | **Total** | 19.3 | **US$10,366.04** |

**ACH/WIRE INSTRUCTIONS:**
Texas Capital Bank
2000 McKinney Avenue, Suite 700
Dallas, TX 75201

Riveron RTS, LLC
ABA # 111017979
Acct # 1111226146

**REMIT TO:**
Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265

| Date | Professional | Time | Rate | Amount | Notes |
|---|---|---|---|---|---|
| 2/1/2025 | Dery, Michael | 7.5 | $ 450.00 | $ 3,375.00 | Attend annual convention in Florida, follow up meetings with Monitor team. |
| 2/2/2025 | Dery, Michael | 7.0 | $ 450.00 | $ 3,150.00 | Attend annual convention in Florida, follow up meetings with Monitor team. |
| 2/4/2025 | Dery, Michael | 0.7 | $ 450.00 | $ 315.00 | Preparation for and participation in weekly Monitor team meeting |
| 2/25/2025 | Dery, Michael | 0.9 | $ 450.00 | $ 405.00 | Preparation for and participation in weekly Monitor team meeting |
| 2/28/2025 | Dery, Michael | 3.2 | $ 450.00 | $ 1,440.00 | Review of agent and customer data for the period December 2024 through January 2025 provided by R. Ratanpara; review of transactions for week ending January 5, 2025; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| | | | | | |
| Out of Pocket Expenses: | | | | | |
| Airfare | | | | $ 866.97 | |
| Lodging | | | | $ 464.18 | |
| Airport Parking | | | | $ 96.00 | |
| Taxi (to hotel) | | | | $ 104.25 | |
| Taxi (to airport) | | | | $ 55.59 | |
| Travel Mileage | | | | $ 37.80 | |
| Cell phone charge allocation | | | | $ 26.25 | |

# INVOICE

# Riveron

**Invoice** #69454
Date: May 08, 2025
Project: Financial Advisory Services - Monitor
Project Lead(s): Dery, Michael
Payment Terms: Upon Receipt
Billing Period: March 1 - March 31, 2025

Patrick Miles
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503
United States

| Professional Personnel | Hours | Rate | Total |
|---|---|---|---|
| Dery, Michael | 22.5 | $450.00/hr | $10,125.00 |
| **Service** | | | **Total** |
| | Out of Pocket Expenses | | $33.75 |

| | **Total** | 22.5 | | **US$10,158.75** |
|---|---|---|---|---|

**ACH/WIRE INSTRUCTIONS:**
Texas Capital Bank
2000 McKinney Avenue, Suite 700
Dallas, TX 75201

Riveron RTS, LLC
ABA # 111017979
Acct # 1111226146

**REMIT TO:**
Riveron RTS, LLC
PO Box 679265
Dallas, TX 75267-9265

| Date | Professional | Time | Rate | Amount | Notes |
|------|-------------|------|------|--------|-------|
| 3/1/2025 | Dery, Michael | 1.7 | $ 450.00 | $ 765.00 | Review of transactions for week ending January 12, 2025; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 3/3/2025 | Dery, Michael | 3.2 | $ 450.00 | $ 1,440.00 | Work on financial section of Monitor report including cash balance summaries, agent and customer counts, and summaries of financial transactions by entity |
| 3/4/2025 | Dery, Michael | 3.7 | $ 450.00 | $ 1,665.00 | Work on financial section of Monitor report including customer and agent revenue charts and continued narratives by entity |
| 3/6/2025 | Dery, Michael | 2.5 | $ 450.00 | $ 1,125.00 | Call with A. Blanzy re: transactions under review; continue drafting narratives |
| 3/7/2025 | Dery, Michael | 2.2 | $ 450.00 | $ 990.00 | Continued work on financial section of report, circulate draft to team for review. |
| 3/11/2025 | Dery, Michael | 0.8 | $ 450.00 | $ 360.00 | Review and summarize notes notes from annual convention; send to Monitor team for review and filing. |
| 3/18/2025 | Dery, Michael | 0.5 | $ 450.00 | $ 225.00 | Preparation for and participation in weekly Monitor team call. |
| 3/19/2025 | Dery, Michael | 3.2 | $ 450.00 | $ 1,440.00 | Review of transactions for weeks ending January 19, 2025 and January 26, 2025; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| 3/21/2025 | Dery, Michael | 1.9 | $ 450.00 | $ 855.00 | Review and respond to edits/questions from Monitor team re: financial section narratives. |
| 3/26/2025 | Dery, Michael | 2.8 | $ 450.00 | $ 1,260.00 | Review of transactions for weeks ending February 2, 2025 and February 9, 2025; prepare summaries by defendant account; reconcile account transactions to ending bank balances. |
| | | | | | |
| Out of Pocket Expenses: | | | | | |
| Cell phone charge allocation | | | $ 33.75 | | |